# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

| | |
|---|---|
| JOHN DOE #1, *et al.*, | ) <br> ) <br> ) Case No. 3:24-cv-42 <br> ) <br> ) **NOTICE OF APPEARANCE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiffs*, | |
| v. | |
| KRISTI NOEM, *et al.*, | |
| *Defendants.* | |

COMES NOW Katherine Melloy Goettel, Associate Clinical Law Professor, and hereby appears as counsel on behalf of Plaintiffs John Does #1-4 in the above captioned case.

DATED: April 21, 2025          Respectfully submitted,

<p style="margin-left: 40%">
<u>*s/ Katherine Melloy Goettel*</u><br>
KATHERINE MELLOY GOETTEL<br>
University of Iowa College of Law<br>
Clinical Law Programs<br>
380 Boyd Law Building<br>
Iowa City, IA 52245<br>
Telephone: (319) 335-9023<br>
Email: kate-goettel@uiowa.edu
</p>

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also sent a copy of this notice by electronic mail to the U.S. Attorney's Office for the Southern District of Iowa.

<div style="text-align: right">

*s/ Katherine Melloy Goettel*
Katherine Melloy Goettel

</div>