# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

|  |  |
|---|---|
| JOHN DOE #1, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) Case No. 3:25-cv-42 |
| | ) |
| v. | ) **Motion to Authorize Law Student Practitioner** |
| | ) |
| KRISTI NOEM, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

Pursuant to Rule 83(h), Rules of the Southern District of Iowa, the Plaintiffs respectfully ask the Court to authorize Mikhail Acherkan, Jude Hagerman, Angela Pandit, Ian Reeves, Justin Rempe, and Isabella Siragusa as Law Student Practitioners in the above-captioned case.

Todd Pettys, Interim Dean of the University of Iowa College of Law, has previously certified to the Court that the students have completed at least three semesters of the work required to qualify for a J.D. degree. *See* In the Matter of: Certification of Students Enrolled in the Clinical Law Programs, University of Iowa College of Law, who are Qualified to practice under Court rules (S.D. Iowa Jan. 9, 2025) (attached as Exhibit A and on file in the Clerk's Office).

The students' appearance will be under the direct supervision of Katherine Melloy Goettel, who is a lawyer admitted to practice before this Court, who will be personally present during the court proceedings, and who has appeared on the record in the case. The students will not receive any compensation for the court appearance. *See* S.D. Iowa L.R. 83(h).

DATED: April 21, 2025            Respectfully submitted,

*s/ Katherine Melloy Goettel*
KATHERINE MELLOY GOETTEL
University of Iowa College of Law
Clinical Law Programs
380 Boyd Law Building
Iowa City, IA 52245
Telephone: (319) 335-9023
Email: kate-goettel@uiowa.edu

3

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also sent a copy of this motion to the U.S. Attorney's Office by electronic mail.

*s/ Katherine Melloy Goettel*
Katherine Melloy Goettel
