# Exhibit A

# University of Iowa Spring 2025 Clinical Program



**College of Law**
Clinical Law Programs
University of Iowa
380 Boyd Law Building
Iowa City, Iowa 52242-1113
319-335-9023
Fax 319-353-5445

IN THE UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF IOWA

IN THE MATTER OF:                              )
Certification of Students                       )
enrolled in the Clinical Law                    )
Programs, University of Iowa                    )    4-25-mc-00004
College of Law, who are                         )
Qualified to practice under                     )
Court rules.                                    )

<u>CERTIFICATION BY THE DEAN</u>
Pursuant to Rule 83.1(h)(1), Rules of the Southern District of Iowa, I hereby certify that the following list represents students who are in good standing at the University of Iowa College of Law. Each of the students is enrolled during the Spring 2025 semester in the College's Clinical Law Programs. I further believe that each of the individuals is of good moral character and is qualified to appear before the Southern District as a student practitioner:

| | | |
|---|---|---|
| Abromeit, Elliott | Hefel, Alex | Reeves, Ian |
| Acherkan, Mikhail | Jaber, Jawdat | Rempe, Justin |
| Beavan, Collin | Jobgen, Grace | Siao, Kathleen |
| Bishop, Kaylee | Koontz, Ashlyn | Siragusa, Isabella |
| Bruno-Smith, Makayla | Lavrova, Lydia | Sukumar, Adarsh |
| Burzacott, Joel | Lee, Justina | Vargas Perez, Liz |
| Davis, James | Moran, Jay | Wenger, Hannah |
| Franco Mesa, David | Mundt, Anthony | Whitmer, Madison |
| Frith, Erin | Pandit, Angela | Wieseman, Elizabeth |
| Gauthier, Alethea | Prouse, Tristen | |
| Hagerman, Jude | Ray, Cassidy | |

These students have completed the equivalent of three or more semesters of the work toward their J.D. degrees; hence, I believe they qualify for limited practice under Court Rule 83.1(h)(1). This certification is valid from January 21, 2025, until May 31, 2025.

Dated this 9th day of January 2025.

Sincerely yours,

*[signature]*

Todd Pettys
Interim Dean, University of Iowa College of Law



FILED
By: Clerk's Office, Southern District of Iowa
2:12 pm, Jan 10 2025