**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**DAVENPORT DIVISION**

| | |
|---|---|
| JOHN DOE #1, *et al.*, | ) |
| *Plaintiffs*, | ) Case No. 3:25-cv-42 |
| v. | ) **[PROPOSED] Order Granting Motion to Authorize Law Student Practitioner** |
| KRISTI NOEM, *et al.*, | ) |
| *Defendants*. | ) |

Under Rule 83(h), Rules of the Southern District of Iowa, the Court GRANTS the request to allow authorize Mikhail Acherkan, Jude Hagerman, Angela Pandit, Ian Reeves, Justin Rempe, and Isabella Siragusa to appear as a law-student practitioners in the above-captioned matter under the supervision of attorney of record, Katherine Melloy Goettel. The students have been previously certified by this Court as authorized to appear under Rule 83(h). *See* In the Matter of: Certification of Students Enrolled in the Clinical Law Programs, University of Iowa College of Law, who are Qualified to practice under Court rules (S.D. Iowa Jan. 9, 2025) (on file in the Clerk's Office). This Order shall serve the same effect as a Notice of Appearance for the law-student practitioner.

IT IS SO ORDERED.

DATED this _____ day of April, 2025.

_____
HONORABLE STEPHANIE ROSE
Chief District Judge
U.S. District Court
Southern District of Iowa