UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JOHN DOE #1, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> *Defendants*. | Case No.: 3:25-cv-00042-SMR-WPK <br><br> **PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs John Does #1-4 move for an emergency temporary restraining order and preliminary injunction under Federal Rule of Civil Procedure 65 to prevent irreparable injury pending final adjudication of Plaintiffs' action. In support of this Motion, Plaintiffs state:

1. This Motion is supported by the accompanying Brief in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, the Declarations of Plaintiffs, the Complaint, and any other material the Court may consider at any hearing on this Motion.

2. As Plaintiffs set forth in their accompanying Brief in Support of Plaintiffs' Motion for a Preliminary Injunction, Plaintiffs are likely to succeed on the merits of their Administrative Procedure Act and Fifth Amendment Due Process Clause claims. They are suffering irreparable harm, and the balance of equities tips heavily in their favor. Accordingly, a preliminary injunction should be issued. *See Dataphase Sys., Inc. v. C L Sys., Inc.*, 640 F.2d 109, 114 (8th Cir. 1981) (en banc) (identifying factors for consideration of a preliminary injunction).

1

3. Plaintiffs ask this court to enter a TRO without notice under Federal Rule of Civil Procedure 65(b)(1) and set the matter for a preliminary injunction hearing. Fed. R. Civ. P. 65(a). Plaintiffs attach here declarations attesting to specific facts showing that "immediate and irreparable injury, loss, or damage." Fed. R. Civ. P. 65(b)(1)(A). Plaintiffs gave notice to Defendants of this motion on April 21, 2025, and conferred by telephone on April 22, 2025. Defendants oppose this motion.

4. Plaintiffs request that the Court waive the requirement of bond in Federal Rule of Civil Procedure 65(c). *Richard/Wilkin Joint Powers Auth. v. U.S. Army Corps of Eng'rs*, 826 F.3d 1030, 1043 (8th Cir. 2017) (whether to require bond is within district court's discretion). Public interest litigation is a recognized exception to the bond requirement, especially where, as here, requiring a bond would sustain an unlawful federal practice and the relief sought would not pose a hardship to government Defendants. *See id.*

5. Accordingly, Plaintiffs request a TRO and preliminary injunction that states the following:

(i) Restore each Plaintiff's F-1 student status in the Student and Exchange Visitor Information System (SEVIS), backdated to the date of termination;

(ii) Set aside the F-1 student status termination decisions as to Plaintiffs;

(iii) Prohibit Defendants from terminating Plaintiffs' F-1 student status absent a valid ground as set forth in 8 C.F.R. § 214.1(d)–(g), and absent an adequate individualized pre-deprivation proceeding before an impartial adjudicator for each Plaintiff, in which they will be entitled to review any adverse evidence and respond to such evidence prior to determining anew that any Plaintiff's F-1 student status should be terminated;

(iv) Prohibit all Defendants from arresting, detaining, or transferring Plaintiffs out of this Court's jurisdiction, or ordering the arrest, detention, or transfer of Plaintiffs out of this

Court's jurisdiction, without first providing adequate notice to both this Court and Plaintiffs' counsel as well as time to contest any such action; and

(v) Prohibit all Defendants from initiating removal proceedings against or deporting any Plaintiff on the basis of the termination of their F-1 student status.

Dated: April 23, 2025

Respectfully submitted,

*/s/ Katherine Melloy Goettel*
KATHERINE MELLOY GOETTEL
MIKHAIL ACHERKAN*
JUDE HAGERMAN*
ANGELA PANDIT*
IAN REEVES*
JUSTIN REMPE*
ISABELLA SIRAGUSA*
University of Iowa College of Law
Clinical Law Programs
380 Boyd Law Building
Iowa City, IA 52242-1113
Telephone: (319) 335-9023
Email: kate-goettel@uiowa.edu

*Counsel for Plaintiffs*

\* Authorized law student practitioners

## **CERTIFICATE OF SERVICE**

I certify that on April 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsel for Defendants. I also provided a copy of this pleading to the U.S. Attorney's Office by electronic mail.

*/s/ Katherine Melloy Goettel*
KATHERINE MELLOY GOETTEL
*Counsel for Plaintiffs*