# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVSION

| | |
|---|---|
| JOHN DOE #1, *et al.* ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, in her official capacity as ) <br> Secretary of Homeland Security; *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 3:25-cv-00042-SMR-WPK <br><br> **[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER** |

## [PROPOSED] ORDER

IT IS ORDERED that Plaintiffs' motion for a temporary restraining order is **GRANTED**. Defendants are hereby ordered to:

1) Restore each Plaintiff's F-1 student status in the Student and Exchange Visitor Information System (SEVIS), backdated to the date of termination;

2) Set aside the F-1 student status termination decisions as to Plaintiffs;

3) Prohibit Defendants from terminating Plaintiffs' F-1 student status absent a valid ground as set forth in 8 C.F.R. § 214.1(d)–(g), and absent an adequate individualized pre-deprivation proceeding before an impartial adjudicator for each Plaintiff, in which they will be entitled to review any adverse evidence and respond to such evidence prior to determining anew that any Plaintiff's F-1 student status should be terminated;

4) Prohibit all Defendants from arresting, detaining, or transferring Plaintiffs out of this Court's jurisdiction, or ordering the arrest, detention, or transfer of Plaintiffs out of this Court's jurisdiction, without first providing adequate notice to both this Court and Plaintiffs' counsel as well as time to contest any such action; and

5) Prohibit all Defendants from initiating removal proceedings against or deporting any Plaintiff on the basis of the termination of their F-1 student status.

Entered this \_\_\_\_\_ day of April 2025.

                                    BY THE COURT:

                                    _____