**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVSION**

| | |
|---|---|
| JOHN DOE #1, *et al.* | ) |
| | ) |
| *Plaintiffs*, | ) Case No. 3:25-cv-00042-SMR-WPK |
| | ) |
| v. | ) **EXHIBIT INDEX** |
| | ) |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security; *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

| Exhibit Number | Description |
|---|---|
| 1 | Declaration of John Doe #1 |
| 2 | Email from Univ. of Iowa Office of International Students and Scholars to Doe #1 |
| 3 | Email from New Delhi Embassy to Doe #1 |
| 4 | Declaration of John Doe #2 |
| 5 | Email from Univ. of Iowa Office of International Students and Scholars to Doe #2 |
| 6 | Email from Vancouver Consulate to Doe #2 |
| 7 | Declaration of John Doe #3 |
| 8 | Email from Univ. of Iowa Office of International Students and Scholars to Doe #3 |
| 9 | Email from Guangzhou Embassy to Doe #3 |
| 10 | Declaration of John Doe #4 |
| 11 | Email from Univ. of Iowa Office of International Students and Scholars to Doe #4 |
| 12 | Email from New Delhi Embassy to Doe #4 |
| 13 | SEVIS TROs from other jurisdictions |