Plaintiffs' Exhibit 3

**From:** New Delhi, Nonimmigrant Visa Inquiries <NivND@state.gov>
**Sent on:** Thursday, March 13, 2025 7:45:37 AM
**To:** John Doe #1
**Subject:** NOTICE OF VISA REVOCATION John Doe #1

March 13, 2025

John Doe #1

Dear Visa Holder:

This email is to inform you that your U.S. visa has been revoked pursuant to section 221(i) of the Immigration and Nationality Act (INA) and is no longer a valid travel document. This revocation is effective immediately as of March 13, 2025, unless you are physically present in the United States at this time, in which case the revocation will become effective immediately upon your departure from the U.S.

Additional information became available after the issuance of your visa that may affect your eligibility to a U.S visa henceforth. This decision cannot be appealed. If you wish, you may reapply for a U.S. visa at any time. If you choose to reapply, you are required to submit a new application form and photo and pay the visa fee again. You must also reappear before a U.S. Consular officer to establish your eligibility for a visa before being permitted to apply for entry to the United States.

Regards,

Consular Information Unit
U.S. Embassy New Delhi
https://in.usembassy.gov/visas/

From: New Delhi, Nonimmigrant Visa Inquiries <NivND@state.gov>
Sent on: Monday, April 14, 2025 10:36:46 AM
To: John Doe #1
Subject:

April 14, 2025

John Doe #1

Dear Visa Holder:

We are writing about an important and serious matter in reference to your nonimmigrant student (F-1) visa.

On behalf of the United States Department of State, the Bureau of Consular Affairs Visa Office hereby informs you that additional information became available after your visa was issued. As a result, your F-1 visa with expiration date 19-JUL-2026 was revoked in accordance with Section 221(i) of the United States Immigration and Nationality Act, as amended.

The Bureau of Consular Affairs Visa Office has alerted the Department of Homeland Security's Immigration and Customs Enforcement, which manages the Student Exchange Visitor Program and is responsible for removal proceedings. They may notify your designated school official about the revocation of your F-1 visa.

Remaining in the United States without a lawful immigration status can result in fines, detention, and/or deportation. It may also make you ineligible for a future U.S. visa. Please note that deportation can take place at a time that does not allow the person being deported to secure possessions or conclude affairs in the United States. Persons being deported may be sent to countries other than their countries of origin.

Given the gravity of this situation, individuals whose visa was revoked may wish to demonstrate their intent to depart the United States using the CBP Home App at https://www.cbp.gov/about/mobile-apps-directory/cbphome.

As soon as you depart the United States, you must personally present your passport to the U.S. embassy or consulate which issued your visa so your visa can be physically cancelled.

You must not attempt to use your visa as it has been revoked. If you intend to travel to the United States in the future, you must apply for another U.S. visa and a determination on your eligibility for a visa will be made at that time.

Regards,

Consular Information Unit
U.S. Embassy New Delhi
https://in.usembassy.gov/visas/