Plaintiffs' Exhibit 5



Bortscheller, Michael P

To: John Doe #2

Thu 4/10/2025 11:36 AM

! High importance      ⚑ Flagged

John Doe #2

This afternoon, while reviewing the University's SEVIS records I discovered that your records has been administratively cancelled by the federal government. The University of Iowa is not aware of any status violation you have committed and did not take this action. Nevertheless, I recommend that you take action as soon as possible to find an attorney – preferably one with immigration experience. I recommend you do this immediately. After you have made contact with an attorney, you may also wish to contact your department. But please contact an attorney right away.

**Michael Bortscheller, (He/Him/His)**

Director, International Student and Scholar Services

International Programs

1111 University Capitol Centre, Iowa City 52242

Office: 319-335-0335

international.uiowa.edu

Virtual Walk-ins





**Ex. 5**
**3:25-cv-00042-SMR-WPK**