Plaintiffs' Exhibit 10

# DECLARATION OF <span style="background:black;color:white">John Doe #4</span>

Pursuant to 28 U.S. Code § 1746, I, <span style="background:black;color:white">John Doe #4</span>, declare:

1. I am a citizen of India, and currently residing in Des Moines, Iowa. I am currently an Epidemiologist working for the Iowa Department of Health and Human Services.

2. I have received one F-1 Student Visa from the United States Department of State.

3. I first entered the United States on an F-1 Visa on August 12, 2021, and I most recently entered the United States on an F-1 Visa on June 29, 2022.

4. I enrolled in the Master of Public Health at the University of Iowa with a focus in Epidemiology. I attended that program from August 8, 2021, to August 4, 2023, and graduated with a master's degree in public health. Epidemiology is a critical STEM field.

5. Before I graduated, I applied for and was granted an Optional Practical Training ("OPT") extension of my F-1 visa for three years. My OPT extension is valid through September 7, 2026.

6. Upon graduating, I began work at the Iowa Department of Health and Human Services ("DHHS") as an Epidemiologist. This position is related to my studies in public health and epidemiology. I am using my analytical skills to help analyze drug overdose death trends and circumstances in the state of Iowa. I analyze data to try and come up with prevention strategies.

7. I have paid $60,254 in total in tuition to The University of Iowa for my master's degree. I am in the process of paying back my student loans.

8. After completing my OPT in 2026, I hope to continue gaining experience in public health, ideally through ongoing work with the Iowa DHHS. If that is not possible, I would consider furthering my education in the field of epidemiology.

9. I received an email from my DSO at The University of Iowa ISSS on April 10, 2025, and it said, "This afternoon, while reviewing the University's SEVIS records I discovered that your record[] has been administratively cancelled by the federal government. The University of Iowa is not aware of any status violation you have committed and did not take this action."

10. I received an email from the Consular Information Unit in the U.S. Embassy New Delhi on April 14, 2025, and it said, "On behalf of the United States Department of State, the Bureau of Consular Affairs Visa Office hereby informs you that additional information became available after your visa was issued. As a result, your F-1 visa with expiration date 28-JUL-2026 was revoked in accordance with Section 221(i) of the United States Immigration and Nationality Act, as amended. The Bureau of Consular Affairs Visa Office has alerted the Department of Homeland Security's Immigration and Customs Enforcement, which manages the Student Exchange Visitor Program and is responsible for removal proceedings. They may notify your designated school official about the revocation of your F-1 visa. Remaining in the United States without a lawful immigration status can result in fines, detention, and/or deportation. It may also make you ineligible for a future U.S. visa. Please

note that deportation can take place at a time that does not allow the person being deported to secure possessions or conclude affairs in the United States. Persons being deported may be sent to countries other than their countries of origin."

11. I believe this is related to one expunged operating while intoxicated deferred judgment from 2023. IOWA CODE § 321J.2. I have no other criminal history.

12. Following my SEVIS termination, I stopped working. I have been out of work since April 10, 2025, and all my data analysis efforts related to substance use and overdose death prevention have come to a halt. I requested approximately two weeks of unpaid leave on April 10, 2025, and my supervisor accepted this request. I am unsure whether my supervisor will grant any extensions of this unpaid leave.

13. This has had a significant impact on me, both personally and professionally. It has disrupted my ability to work, which directly affects my financial stability and ability to repay student loans. I have worked hard to build a meaningful personal and professional life path, including by contributing meaningfully through my role in substance use prevention with the State of Iowa. I have felt constantly worried and stressed about my student status. I will be unable to pay my debts if I can't get this job back. It will cause a lot of harm to me and my family if I cannot help support them financially. To have all of that suddenly halted has been incredibly difficult. I have been having nightmares.

14. I have not left my apartment for days because of the fear and uncertainty surrounding my immigration status after the SEVIS termination. Although I have not had direct contact with ICE, I have read and heard from multiple sources, that in some rare cases individuals have faced unexpected ICE encounters. That uncertainty, combined with the emotional stress of the situation, has made me stay indoors while my legal situation is being addressed.

15. I would like to proceed in this litigation under pseudonym because I fear an enforcement action from the Department of Homeland Security which could result in removal, detention or other negative consequences relating to my immigration status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___4/21/2025_____.

John Doe #4
_____ _____
John Doe #4