IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JOHN DOE #1, et al, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:25-cv-00042-RGE-WPK |
| ) | |
| KRISTI NOEM, in her official capacity ) | APPEARANCE |
| as Secretary of Homeland Security, et al, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, Rachel J. Scherle, Assistant United States Attorney, and hereby enters her Appearance on behalf of the United States of America in the above-captioned action.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/Rachel J. Scherle*
Rachel J. Scherle
Assistant United States Attorney
Neal Smith Federal Building
210 Walnut Street, Ste 455
Des Moines, Iowa 50309
Telephone: (515) 473-9300
Facsimile: (515) 473-9282
Email: rachel.scherle@usdoj.gov

2

## CERTIFICATE OF SERVICE

     I hereby certify that on April 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail  _____ Fax  _____Hand Delivery  __X__ECF/Electronic filing
____Other means

UNITED STATES ATTORNEY

By: _/s/ Suellen Irwin_____
    Paralegal Specialist