IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

JOHN DOE #1, et al,                          )
                                             )
                        Plaintiff,           )
                                             )
v.                                           )        No. 3:25-cv-00042-RGE-WPK
                                             )
KRISTI NOEM, in her official capacity        )        APPEARANCE
as Secretary of Homeland Security, et al,    )
                                             )
                        Defendant.           )

   COMES NOW, Andrew H. Kahl, Assistant United States Attorney, and

hereby enters his Appearance on behalf of the United States of America in the

above-captioned action.

                                   Respectfully submitted,

                                   Richard D. Westphal
                                   United States Attorney

                          By: */s/Andrew H. Kahl*
                                   Andrew H. Kahl
                                   Assistant United States Attorney
                                   Neal Smith Federal Building
                                   210 Walnut Street, Ste 455
                                   Des Moines, Iowa 50309
                                   Telephone: (515) 473-9300
                                   Facsimile: (515) 473-9282
                                   Email: Andrew.Kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.  I hereby certify that a copy of this document was served on the parties or attorneys of record by:

_____U.S. Mail _____ Fax _____Hand Delivery ___X__ECF/Electronic filing
____Other means

UNITED STATES ATTORNEY

By: _/s/ Suellen Irwin_____
    Paralegal Specialist