UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JOHN DOE #1, *et al.* | ) <br> ) <br> ) Case No. 3:25-cv-42 <br> ) <br> ) **PLAINTIFFS' MOTION FOR LEAVE** <br> ) **TO PROCEED UNDER** <br> ) **PSEUDONYMS AND MOTION FOR** <br> ) **PROTECTIVE ORDER** <br> ) <br> ) <br> ) |
| *Plaintiffs*, | |
| v. | |
| KRISTI NOEM, *et al.*, | |
| *Defendants.* | |

Plaintiffs John Doe #1, John Doe #2, John Doe #3, John Doe #4 (hereinafter "Pseudonymous Plaintiffs"), move this Court for leave to proceed under pseudonyms, pursuant to Federal Rules of Civil Procedure 10(a) and 26(c). They further move this Court for a protective order. In support, Plaintiffs state the following:

1. Pursuant to Local Rule 7(d), Plaintiffs base this Motion on the accompanying brief, the Complaint, Plaintiffs' declarations, and other matters of which the Court may take judicial notice.

2. Pseudonymous Plaintiffs are individually named Plaintiffs who are challenging ICE's termination of their student status in the SEVIS database. *See* Compl. ¶¶ 73–101. To protect their privacy pending consideration of this Motion, Plaintiffs have used pseudonyms in this motion and in other initial pleadings. Should the Court deny this Motion, Pseudonymous Plaintiffs will consider dismissing their claims or amending the Complaint and other filings to use the names by which they are known.

1

3. While Federal Rule of Civil Procedure 10(a) and Local Rule 10(d) would require the names of the litigants be stated within the caption, this Court has the authority to allow plaintiffs to proceed under a pseudonym where "a substantial privacy right . . . outweighs the customary and constitutionally-embedded presumption of openness in judicial proceedings." *Doe v. Grinnell* College, No. 4:17-cv-079, 2017 WL 11646145, *2 (S.D. Iowa July 10, 2017) (quoting *Doe v. Frank*, 951 F.2d 320, 323 (11th Cir. 1992) (internal quotation marks omitted)); *see also Heather K. by Anita K. v. City of Mallard, Iowa*, 887 F. Supp. 1249, 1255–56 (N.D. Iowa 1995) (noting "[t]he decision whether or not to allow the use of pseudonyms based on a need for anonymity in a particular lawsuit is left to the discretion of the trial court," which "must 'carefully review all the circumstances of a given case and then decide whether the customary practice of disclosing the plaintiff's identity should yield to the plaintiff's privacy concerns'").

4. As described more fully in the accompanying Brief, these factors and the unique circumstances of this case support Pseudonymous Plaintiffs' request to proceed under pseudonym. In short, Pseudonymous Plaintiffs' anonymity has been preserved thus far; they have substantial reasons to fear disclosure out of concern for arrest, detention, and removal; the public has an interest in maintaining the confidentiality of their identities; there is an atypically weak public interest in knowing their identities due to the legal nature of the issues presented; there is an undesirable adverse outcome to the Pseudonymous Plaintiffs who would be discouraged from pursuing the case at the price of being publicly identified; and Pseudonymous Plaintiffs have legitimate and well-founded reason to seek pseudonymity. See *Keller v. City of Fremont*, Nos. 8:10–cv–0270, 4:10–cv–3140, 2011 WL 41902, *2 (D. Neb. Jan. 5, 2011) (discussing factors to consider in granting pseudonym motion).

5. In order to facilitate providing Plaintiffs' identities to Defendants, Plaintiffs further move the Court to enter a protective order shielding Plaintiffs' identities, prescribing the manner in

which Plaintiffs' information can be used, and enjoining detention and removal during the pendency of the litigation. *See* attached proposed order.

6. Pursuant to Local Rule 7(k), counsel for Plaintiffs conferred with counsel for Defendants by telephone and provided a proposed protective order on April 22, 2025. On April 23, 2025, counsel for Defendants stated by email that they oppose Plaintiffs' pseudonym motion and motion for a protective order.

Dated: April 23, 2025

Respectfully submitted,

*/s/ Katherine Melloy Goettel*
KATHERINE MELLOY GOETTEL
MIKHAIL ACHERKAN*
JUDE HAGERMAN*
ANGELA PANDIT*
IAN REEVES*
JUSTIN REMPE*
ISABELLA SIRAGUSA*
University of Iowa College of Law
Clinical Law Programs
380 Boyd Law Building
Iowa City, IA 52242-1113
Telephone: (319) 335-9023
Email: kate-goettel@uiowa.edu

*Counsel for Plaintiffs*

* Authorized law student practitioners

**CERTIFICATE OF SERVICE**

I certify that on April 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsel for Defendants. I also sent a copy of this pleading to the U.S. Attorney's Office by electronic mail.

>*/s/ Katherine Melloy Goettel*
>KATHERINE MELLOY GOETTEL
>*Counsel for Plaintiffs*