# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

| | |
|---|---|
| JOHN DOE #1, *et al.* ) | |
| ) | Case No. 3:25-cv-00042-SMR-WPK |
| *Plaintiffs*, ) | |
| ) | **[PROPOSED] ORDER GRANTING** |
| v. ) | **PLAINTIFFS LEAVE TO PROCEED** |
| ) | **UNDER PSEUDONYMS** |
| KRISTI NOEM, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

## [PROPOSED] ORDER

Upon consideration of **Plaintiffs' Motion for Leave to Proceed Under Pseudonyms,** and the entire record herein, IT IS ORDERED that the motion is GRANTED. Plaintiffs are granted leave to use the pseudonyms John Doe #1, John Doe #2, John Doe #3, and John Doe #4.

Upon consideration of **Plaintiffs' Motion for a Protective Order,** and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS HEREBY ORDERED THAT:

1. Any materials filed with the Court that contain Plaintiff's name or any identifying information must be redacted and/or filed under seal.

2. Defendants' counsel may not share any information about Plaintiffs' identity beyond what is reasonably necessary for the litigation and to comply with this court's orders;

3. The parties are prohibited from using the protected information for any purpose outside of this litigation;

4. The parties are prohibited from disclosing the identity of plaintiff for purposes of detention or removal for the pendency of this litigation or until further order of the court;

5. Defendants are enjoined from detaining Plaintiff during the pendency of this litigation or until further order of this Court.

SO ORDERED this _____ day of _____, 2025.

_____
HON. REBECCA GOODGAME EBINGER
U.S. District Judge
Southern District of Iowa