Plaintiffs' Exhibit 2

## DECLARATION OF John Doe #2

Pursuant to 28 U.S. Code § 1746, I, John Doe #2 declare:

1. I am a citizen of China, and I currently reside in Tiffin, Iowa. I am a student at the University of Iowa.

2. I have received five F-1 Student Visas from the United States Department of State.

3. I first entered the United States on an F-1 Visa on September 5, 2017, and I most recently entered the United States on an F-1 Visa on June 7, 2024.

4. Before coming to the University of Iowa, I studied at West Chester University in Pennsylvania, then enrolled in an English as a Second Language program in Los Angeles, California.

5. At the University of Iowa, I have studied Statistics, Data Science, and Economy from January 2024 until present.

6. I am currently a Junior at the University of Iowa. Economics is a critical STEM field. My anticipated graduation date is in December 2025.

7. I have paid $33,082 in tuition for the 2024-2025 academic year and have paid approximately $49,623 in total in tuition for my current program at The University of Iowa.

8. After graduation, I plan to apply for one year of Optional Practical Training, then return to China.

9. I received an email from the University of Iowa on April 10, 2025, and it said, "This afternoon, while reviewing the University's SEVIS records I discovered that your record[] has been administratively cancelled by the federal government. The University of Iowa is not aware of any status violation you have committed and did not take this action."

10. I received an email from the U.S. Consulate General Vancouver on April 14, 2025, stating that my visa was revoked. It said, that "additional information became available after your visa was issued. As a result, your F-1 visa with expiration date 29-MAY-2029 has been revoked under Section 221(i) of the United States Immigration and Nationality Act, as amended." The email further warned that "[r]emaining in the United States without a lawful immigration status can result in fines, detention, and/or deportation. It may also make you ineligible for a future U.S. visa. Please note that deportation can take place at a time that does not allow the person being deported to secure possessions or conclude affairs in the United States. Persons being deported may be sent to countries other than their countries of origin."

11. I have five speeding citations, one citation for driving without a valid driver's license violation, one pending driving without a valid driver's license charge. I have paid all



associated fines. I have one disorderly conduct conviction from July 31, 2024, for which I was ordered to pay a fine. IOWA CODE § 723.4(1)(c). I have no other criminal history.

12. I have depression and anxiety, which has worsened due to my student status being in jeopardy. I can't sleep because of the stress I'm under. I feel a lot of back pain, and my hands have been numb. My depression was well managed before my SEVIS termination, but it has gotten worse since April 10. My doctor increased my depression prescription from 2mg to 5mg on April 13 – three days after the email stating my SEVIS was terminated. I am also having trouble sleeping. Some nights I sleep over twenty hours, while other nights I sleep less than three hours.

13. I have not left my apartment since receiving the emails about my SEVIS termination and visa cancellation because I fear ICE. I do not even know if I should go to school or not, so I have not attended classes since April 10. I am so worried about my studies because I am almost finished with this semester, and I have less than one year left of my program.

14. I would like to proceed in this litigation under pseudonym because I am afraid ICE will arrest me, and I fear detention and deportation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 4/22/2025.

John Doe #2
_____
John Doe #2

2