# Plaintiffs' Exhibit 3

**DECLARATION OF John Doe #3**

Pursuant to 28 U.S. Code § 1746, I, John Doe #3 declare:

1. I am a citizen of China, and I am currently residing in Iowa City, Iowa. I am a student at the University of Iowa.

2. I first entered the United States on an F-1 Visa on August 13, 2022, and I have studied Exercise Science and Kinesiology at the University of Iowa since August 14, 2022.

3. I most recently entered the United States on an F-1 Visa on August 20, 2023.

4. I am currently studying Exercise Science and Kinesiology at the University of Iowa. I plan to continue on to a doctoral program in physical therapy.

5. My anticipated graduation date is December 24, 2026.

6. I have paid $31,602 in tuition to the University of Iowa for the 2024-2025 academic year and have paid $97,461 in total in tuition for my current program.

7. After graduation, I am committed to advancing my career in healthcare by pursuing a Doctor of Physical Therapy degree.

8. I received an email from the University of Iowa International Student and Scholar Services on April 10, 2025, and it said, "This afternoon, while reviewing the University's SEVIS records I discovered that your records has been administratively cancelled by the federal government. The University of Iowa is not aware of any status violation you have committed and did not take this action."

9. Four days later, on April 14, 2025, I received an email from the U.S. Consulate General in Guangzhou, China, notifying me that my visa was revoked. It said, "On behalf of the United States Department of State, the Bureau of Consular Affairs Visa Office hereby informs you that additional information became available after your visa was issued. As a result, your F-1 visa with expiration date 13-JUN-2027 has been revoked under Section 221(i) of the United States Immigration and Nationality Act, as amended."

10. I have two speeding citations, one failure to yield citation, and one citation for driving without a valid driver's license – for which I have paid all fines. On January 3, 2025, I also pled guilty to one charge of operating while under the influence—first offense, in violation of Iowa Code 321J.2 for which the court is deferring judgement until I complete a one-year term of probation. I have no other criminal history.

11. After my SEVIS was cancelled, I've been feeling extremely anxious and stressed. I can't sleep well at night, constantly worrying about my future and my immigration status. The uncertainty has made it unable to focus during my classes, and I feel overwhelmed most of the time. I often experience racing thoughts, loss of appetite, and difficulty concentrating on my daily responsibilities. The fear of losing my ability to stay in the United States legally has been emotionally exhausting. The feeling of uncertainty has affected me both academically and mentally.

12. I would like to proceed in this litigation under pseudonym because I worry revealing my name will prevent me from finding employment. I also do not want to be targeted further by DHS and ICE. I have already experienced anxiety and mental distress due to fear of exposure and revealing my name will exacerbate the issues. Furthermore, I am also afraid of threats, harassment or retaliation from individuals or groups.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___2025/04/22___.

_John Doe #3_

John Doe #3