IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, and JOHN DOE #4,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>Defendants. | No. 3:25-cv-00042-RGE-WPK<br><br><br>ORDER SETTING HEARING-RELATED DEADLINES |

In anticipation of the hearing on the motion for a preliminary injunction set for May 5, 2025, the Court sets the following deadlines:

By no later than April 30, 2025, Defendants Kristi Noem, Department of Homeland Security, and Todd Lyons shall file a response to Plaintiffs John Doe # 1, John Doe # 2, John Doe # 3, and John Doe # 4's Motion for Preliminary Injunction.

By no later than 12:00 p.m. on May 2, 2025, Plaintiffs may file as reply supporting their Motion for Preliminary Injunction.

By no later than 12:00 p.m. on May 2, 2025, the parties shall file exhibit and witness lists and exhibits. The parties shall also each provide the Court with a tabbed, three-ring binder containing copies of all of that party's exhibits by no later than 5:00 p.m. on May 2, 2025. The binder shall be delivered to the trial judge's chambers in Des Moines, Iowa.

**IT IS SO ORDERED**.

Dated this 28th day of April, 2025.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE