IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JOHN DOE #1, et al., | ) |
| Plaintiffs, | ) No. 3:25-cv-00042-RGE-WPK |
| v. | ) |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al, | ) GOVERNMENT'S MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF |
| Defendants. | ) |

Pursuant to Local Rule 7(h), Defendants respectfully seek permission to file an overlength brief in response to Plaintiffs' Motion for Preliminary Injunction, ECF No. 5, and for good cause make the following statement:

1. Plaintiffs' motion and attachments raise a myriad of factual and legal issues involving four separate individuals, including novel legal issues that are currently being litigated across the country.

2. Given the complexity of these issues, together with the abbreviated response time, Defendants believe that a brief in excess of twenty pages is necessary to effectively respond to Plaintiffs' arguments and fully advise the Court of Defendants' legal and factual assertions.

3. As required by the local rules, Defendants are attaching their proposed brief to this motion. Given the Court's scheduling order, however, Defendants also will provide electronic copies of their proposed brief to the Court's chambers and Plaintiffs' counsel, so that they need not await docketing of its brief by the Clerk.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/Rachel J. Scherle*
Rachel J. Scherle
Andrew H. Kahl
Assistant United States Attorneys
Neal Smith Federal Building
210 Walnut Street, Ste 455
Des Moines, Iowa 50309
Telephone: (515) 473-9300
Facsimile: (515) 473-9282
Email: rachel.scherle@usdoj.gov
andrew.kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail   _____ Fax   _____Hand Delivery

__X__ECF/Electronic filing   _____Other means

UNITED STATES ATTORNEY

By: */s/ S. Irwin*
Paralegal Specialist