# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVSION

| | |
|---|---|
| JOHN DOE #1, *et al.* | )<br>) |
| *Plaintiffs*, | ) Case No. 3:25-cv-00042-SMR-WPK<br>) |
| v. | ) **Notice of Filing Exhibit List**<br>) |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security; *et al.*, | )<br>)<br>) |
| *Defendants.* | )<br>) |

## NOTICE OF FILING EXHIBIT LIST

In accordance with this Court's Order Setting Hearing-Related Deadlines (ECF No. 11), Plaintiffs submit their exhibit list for the preliminary injunction hearing in this matter on Monday, May 5, 2025. Plaintiffs do not intend to call any witnesses.

Dated: May 2, 2025

Respectfully submitted,

*/s/ Katherine Melloy Goettel*
KATHERINE MELLOY GOETTEL
MIKHAIL ACHERKAN*
JUDE HAGERMAN*
ANGELA PANDIT*
IAN REEVES*
JUSTIN REMPE*
ISABELLA SIRAGUSA*
University of Iowa College of Law
Clinical Law Programs
380 Boyd Law Building
Iowa City, IA 52242-1113
Telephone: (319) 335-9023
Email: kate-goettel@uiowa.edu

*Counsel for Plaintiffs*

* Authorized law student practitioners

1

## CERTIFICATE OF SERVICE

I certify that on May 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsel for Defendants.

*/s/ Katherine Melloy Goettel*
KATHERINE MELLOY GOETTEL
*Counsel for Plaintiffs*