UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVSION

| | |
|---|---|
| JOHN DOE #1, *et al.* | ) |
| *Plaintiffs*, | ) Case No. 3:25-cv-00042-RGE-WPK |
| v. | ) **EXHIBIT LIST** |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security; *et al.*, | ) |
| *Defendants*. | ) |

**EXHIBIT LIST**

| Exhibit Number | Description |
|---|---|
| 1 | Declaration of John Doe #1 |
| 2 | Email from Univ. of Iowa Office of International Students and Scholars to Doe #1 |
| 3 | Email from New Delhi Embassy to Doe #1 |
| 4 | Declaration of John Doe #2 |
| 5 | Email from Univ. of Iowa Office of International Students and Scholars to Doe #2 |
| 6 | Email from Vancouver Consulate to Doe #2 |
| 7 | Declaration of John Doe #3 |
| 8 | Email from Univ. of Iowa Office of International Students and Scholars to Doe #3 |
| 9 | Email from Guangzhou Embassy to Doe #3 |
| 10 | Declaration of John Doe #4 |
| 11 | Email from Univ. of Iowa Office of International Students and Scholars to Doe #4 |
| 12 | Email from Guangzhou Embassy to Doe #4 |
| 13 | SEVIS TROs from other jurisdictions |
| 14 | April 26, 2025 ICE policy regarding termination of records in SEVIS, submitted as an exhibit in *Doe v. Trump, et al.*, No. 4:25-cv-00175-TUC-AMM (D. Ariz. Apr. 28, 2025) |
| 15 | Transcript from Preliminary Injunction Hearing in *Patel v. Lyons*, No. 3:25-cv-01096-ACR00023-JHY-JCH (D.D.C. Apr. 19, 2025) |
| 16 | Declaration and Curriculum Vitae of Nusha Shishegar |

2

| 17 | Notice of Intent to Deny Reinstatement Request Issued by USCIS May 5, 2017, equating SEVIS termination to lack of status |
| --- | --- |
| 18 | Notice of Intent to Deny Request for Change of Status from F-1 to H-1B Issued by USCIS April 18, 2025, equating SEVIS termination to lack of status |
| 19 | SEVIS Event History for John Doe #1 |
| 20 | SEVIS Event History for John Doe #2 |
| 21 | SEVIS Event History for John Doe #3 |
| 22 | SEVIS Event History for John Doe #4 |
| 23 | Email from Univ. of Iowa International Programs to Doe #3 |