UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JOHN DOE #1, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> *Defendants*. | Case No. 3:25-cv-00042-RGE-WPK <br><br> **Plaintiffs' Motion for Leave to File an Overlength Brief** |

Pursuant to Local Rule 7(h), Plaintiffs respectfully move the Court of permission to file an overlength brief in support of Plaintiffs' Motion for Preliminary Injunction, ECF No. 5. In support of this motion, Plaintiffs make the following statements:

1. As Defendants noted in their motion for leave to file an overlength brief (ECF No. 15), Plaintiffs' brief in support of their Motion for Preliminary Injunction contains multiple complex factual and legal issues for all four John Does. Such novel issues are presently being litigated across the country.

2. Defendants submitted an overlength brief in response (*see* ECF No. 15-1)*,* and because of the complexity of the issues—including recent factual developments—Plaintiffs believe that a reply brief longer than five pages is necessary to fully and adequately respond to Defendants' resistance and brief the Court of Plaintiffs' legal and factual assertions.

3. As required by the local rules, Plaintiffs are attaching their proposed brief to this motion. Plaintiffs will also provide a copy to counsel for Defendants and to Chambers by electronic mail.

1

DATE: May 2, 2025               Respectfully submitted,

/s/ *Katherine Melloy Goettel*
KATHERINE MELLOY GOETTEL
MIKHAIL ACHERKAN*
JUDE HAGERMAN*
ANGELA PANDIT*
IAN REEVES*
JUSTIN REMPE*
ISABELLA SIRAGUSA*
University of Iowa College of Law
Clinical Law Programs
380 Boyd Law Building
Iowa City, IA 52242-1113
Telephone: (319) 335-9023
Email: kate-goettel@uiowa.edu

*Counsel for Plaintiffs*

* Authorized law student practitioners

**CERTIFICATE OF SERVICE**

I certify that on May 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsel for Defendants.

                */s/ Katherine Melloy Goettel*
                KATHERINE MELLOY GOETTEL
                *Counsel for Plaintiffs*