Plaintiffs' Exhibit 19

4/30/25, 10:12 AM                                    SEVIS - Eligibility - EVENT History

An official website of the U.S. government    Skip Navigation



Student & Exchange Visitor
Information System

Michael Bortscheller  Logout
1-800-892-4829
ROLES: DSO, PDSO, RO
SEVIS Help Desk
Get Plug-Ins

Main  Listing of Schools  Listing of Programs  Message Board
Change Password

Enter SEVIS ID

Ex. 19
3:25-cv-00042-SMR-WPK

# Event History

F-1 Student
## John Doe #1

**The University of Iowa - The University of Iowa**
Start Date: 08/08/2021    End Date: 05/15/2026

Status: **ACTIVE**
SEVIS ID:
John Doe #1

| | | |
|---|---|---|
| GENDER | MALE | EMAIL |
| DOB | John Doe #1 | |
| PREFERRED NAME | John Doe #1 | |
| PASSPORT NAME | | U.S. ADDRESS |
| COUNTRY OF BIRTH | INDIA | |
| CITIZENSHIP | INDIA | |





[ Return ]

SEVIS - Eligibility - EVENT HISTORY

**Enter the date range and click the button to filter by event date**

Search: [_____]

| Expand All | | From: [_____] To: [_____] [Filter] |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| | **Manual Data Change** | 04/24/2025 15:25:00 | ACTIVE | SEVIS Maintenance |
| | **Manual Data Change** | 04/10/2025 14:06:29 | TERMINATED | SEVIS Maintenance |
| ⛔ | **Terminate - User Termination** | 04/10/2025 14:06:29 | TERMINATED | SEVIS Maintenance |

| Field Changed | Old Value | New Value | |
|---|---|---|---|
| Termination Reason | | OTHER | |
| Explanation | | Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated. | |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| ➕ | **Registration - Continuing** | 03/10/2025 19:02:47 | ACTIVE | Michael Bortscheller |
| ➕ | **CPT Employment Updated** | 12/31/2024 14:46:29 | ACTIVE | Pauline Beazer James |
| | **ADIS Arrival** | 12/31/2024 08:41:47 | ACTIVE | System Interface |
| ➕ | **ADIS Arrival** | 12/29/2024 09:17:31 | ACTIVE | System Interface |
| ➕ | **ADIS Departure** | 11/22/2024 05:26:45 | ACTIVE | System Interface |
| | **CPT Employment** | 11/11/2024 11:52:08 | ACTIVE | Brandon Paulson |
| ➕ | **Registration - Continuing** | 08/28/2024 02:34:35 | ACTIVE | Michael Bortscheller |
| | **CPT Employment** | 06/27/2024 15:44:11 | ACTIVE | Pauline Beazer James |
| ➕ | **Registration - Continuing** | 01/19/2024 02:10:54 | ACTIVE | Michael Bortscheller |
| ➕ | **Registration - Continuing** | 08/23/2023 02:17:28 | ACTIVE | Michael Bortscheller |
| ➕ | **Address Update - Physical** | 08/22/2023 02:31:41 | ACTIVE | Michael Bortscheller |
| | **Personal Information Updated** | 08/22/2023 02:31:41 | ACTIVE | Michael Bortscheller |
| | **ADIS Arrival** | 02/14/2023 11:03:17 | ACTIVE | System Interface |
| ➕ | **ADIS Arrival** | 02/12/2023 17:39:31 | ACTIVE | System Interface |
| ➕ | **ADIS Departure** | 02/04/2023 21:48:44 | ACTIVE | System Interface |
| | **I-20 Reprinted** | 02/02/2023 14:57:45 | ACTIVE | Pauline Beazer James |
| ➕ | **Registration - Continuing** | 01/20/2023 02:07:12 | ACTIVE | Michael Bortscheller |
| ➕ | **Registration - Continuing** | 09/07/2022 02:10:55 | ACTIVE | Michael Bortscheller |
| ➕ | **ADIS Arrival** | 05/07/2022 21:12:46 | ACTIVE | System Interface |
| | **ADIS Departure** | 04/19/2022 16:24:57 | ACTIVE | System Interface |
| ➕ | **ADIS Departure** | 04/18/2022 16:34:42 | ACTIVE | System Interface |
| | **I-20 Reprinted** | 04/15/2022 12:35:16 | ACTIVE | Brandon Paulson |

4/30/25, 10:12 AM                                    SEVIS - Eligibility - EVENT History

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| | **Personal Information Updated** | 01/27/2022 02:02:52 | ACTIVE | Michael Bortscheller |
| ➕ | **Telephone Information Updated** | 01/27/2022 02:02:52 | ACTIVE | Michael Bortscheller |
| ➕ | **Registration - Continuing** | 01/21/2022 01:53:42 | ACTIVE | Michael Bortscheller |
| ➕ | **Address Add - Physical** | 08/26/2021 01:57:22 | ACTIVE | Michael Bortscheller |
| ➕ | **Registration - Initial** | 08/26/2021 01:57:22 | ACTIVE | Michael Bortscheller |
| | **ADIS Arrival** | 08/12/2021 00:55:03 | INITIAL | System Interface |
| ➕ | **ADIS Arrival** | 08/10/2021 23:36:34 | INITIAL | System Interface |
| ➕ | **NIV Interface** | 07/22/2021 23:28:03 | INITIAL | System Interface |
| | **I-901 Payment** | 03/29/2021 23:54:02 | INITIAL | System Interface |
| | **Record Created** | 03/09/2021 14:55:40 | INITIAL | Enkhtaivan Mills |

Return

Ex. 19
3:25-cv-00042-SMR-WPK