Plaintiffs' Exhibit 20

An official website of the U.S. government    Skip Navigation



Student & Exchange Visitor
Information System

Michael Bortscheller  Logout
1-800-892-4829
ROLES: DSO, PDSO, RO
SEVIS Help Desk
Get Plug-Ins

Main  Listing of Schools  Listing of Programs  Message Board
Change Password

Enter SEVIS ID

Ex. 20
3:25-cv-00042-SMR-WPK

# Event History

| F-1 Student<br>John Doe #2 | **The University of Iowa - The University of Iowa**<br>Start Date: 01/07/2024     End Date: 12/19/2025 | Status: **ACTIVE**<br>SEVIS ID:<br>John Doe #2 |
| --- | --- | --- |

| GENDER | MALE | EMAIL |  |
| --- | --- | --- | --- |
| DOB | John Doe #2 | | |
| PREFERRED NAME | John Doe #2 | | |
| PASSPORT NAME | | U.S. ADDRESS | John Doe #2 |
| COUNTRY OF BIRTH | CHINA | | |
| CITIZENSHIP | CHINA | | |

⛔

[ Return ]

4/29/25, 4:33 PM                                            SEVIS - Eligibility - EVENT History

**Enter the date range and click the button to filter by event date**

Search: [                    ]

Expand All                          From: [              ]    To: [              ]    [Filter]

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| ➕ | **Address Update - Physical** | 04/28/2025 09:23:42 | ACTIVE | Michael Bortscheller |
| | **Personal Information Updated** | 04/28/2025 09:23:42 | ACTIVE | Michael Bortscheller |
| ➕ | **Telephone Information Updated** | 04/28/2025 09:23:42 | ACTIVE | Michael Bortscheller |
| | **Manual Data Change** | 04/26/2025 16:20:37 | ACTIVE | SEVIS Maintenance |
| | **Manual Data Change** | 04/10/2025 14:06:15 | TERMINATED | SEVIS Maintenance |
| ⛔ | **Terminate - User Termination** | 04/10/2025 14:06:15 | TERMINATED | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---|---|---|
| Termination Reason | TRANSFER STUDENT NO SHOW | OTHER |
| Explanation | Student has not registered within 60 days after program start date | Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated. |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| ➕ | **Registration - Continuing** | 03/10/2025 19:23:45 | ACTIVE | Michael Bortscheller |
| ➕ | **Registration - Continuing** | 08/28/2024 02:32:41 | ACTIVE | Michael Bortscheller |
| | **ADIS Arrival** | 06/12/2024 11:08:28 | ACTIVE | System Interface |
| ➕ | **ADIS Arrival** | 06/10/2024 11:20:58 | ACTIVE | System Interface |
| ➕ | **NIV Interface** | 05/31/2024 22:30:21 | ACTIVE | System Interface |
| | **Correction Request 24662863 Approval** | 05/24/2024 16:46:54 | ACTIVE | DHS Official |
| | **ISS Change of Student Status** | 05/24/2024 16:46:54 | ACTIVE | DHS Official |
| ➕ | **Change of Session Dates** | 05/24/2024 16:46:54 | ACTIVE | DHS Official |
| ➕ | **Correction Request 24662863 Evidence Received** | 05/23/2024 17:38:03 | TERMINATED | Michael Bortscheller |
| ➕ | **Correction Request 24662863 Evidence Upload Status** | 05/23/2024 17:38:03 | TERMINATED | Michael Bortscheller |

Ex. 20
3:25-cv-00042-SMR-WPK

4/29/25, 4:33 PM                              SEVIS - Eligibility - EVENT History

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| ➕ | **Correction Request 24662863 Evidence Submitted** | 05/23/2024 17:38:01 | TERMINATED | Michael Bortscheller |
| ➕ | **Correction Request 24662863 Evidence Uploaded** | 05/23/2024 17:38:01 | TERMINATED | Michael Bortscheller |
| ➕ | **Correction Request 24662863 - Request for Information** | 05/23/2024 17:15:22 | TERMINATED | DHS Official |
| ➕ | **Correction Request 24662863 Status Update** | 05/23/2024 16:02:52 | TERMINATED | System Interface |
| ➕ | **Correction Request 24662863 Submitted** | 05/23/2024 16:02:50 | TERMINATED | Michael Bortscheller |
| ➕ | **Terminate - System Termination** | 03/07/2024 02:06:38 | TERMINATED | SEVIS Maintenance |
| ➕ | **Education Level - Change** | 01/04/2024 16:32:25 | INITIAL | Shari Sorensen |
| ➕ | **Program Dates - Update** | 01/04/2024 16:32:25 | INITIAL | Shari Sorensen |
| ➕ | **English Proficiency Update** | 01/04/2024 16:32:25 | INITIAL | Shari Sorensen |
| ➕ | **Secondary Major Code Update** | 01/04/2024 16:32:25 | INITIAL | Shari Sorensen |
| ➕ | **Primary Major Code Update** | 01/04/2024 16:32:25 | INITIAL | Shari Sorensen |
| ➕ | **Address Add - Physical** | 01/04/2024 16:32:13 | DRAFT | Shari Sorensen |
| ➕ | **Transfer In Initiated** | 12/26/2023 19:12:30 | DRAFT | Soon Kim |
| | **Record Created** | 12/26/2023 19:12:29 | INITIAL | Soon Kim |

Return

Ex. 20
3:25-cv-00042-SMR-WPK