Plaintiffs' Exhibit 22

An official website of the U.S. government    Skip Navigation



Student & Exchange Visitor
Information System

Michael Bortscheller  Logout
1-800-892-4829
ROLES: DSO, PDSO, RO
SEVIS Help Desk
Get Plug-Ins

Main  Listing of Schools  Listing of Programs  Message Board
Change Password

Enter SEVIS ID

Ex. 22
3:25-cv-00042-SMR-WPK

# Event History

| F-1 Student<br>John Doe #4 | **The University of Iowa - The University of Iowa**<br>Start Date: 08/08/2021     End Date: 08/04/2023 | Status: **ACTIVE**<br>SEVIS ID:<br>John Doe #4 |
| --- | --- | --- |

GENDER            MALE                        EMAIL   John Doe #4

DOB               John Doe #4

PREFERRED NAME   John Doe #4

                      John Doe #4     U.S. ADDRESS

PASSPORT NAME

COUNTRY OF BIRTH   INDIA

CITIZENSHIP         INDIA





Return

4/29/25, 4:31 PM                                              SEVIS - Eligibility - EVENT History

**Enter the date range and click the button to filter by event date**

Search: [                    ]

Expand All

From: [              ]    To: [              ]    Filter

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| | **Portal Updated with SEVIS Changes** | 04/24/2025 19:17:40 | ACTIVE | PORTAL |
| ⊖ | **OPT Correction Made** | 04/24/2025 18:18:20 | ACTIVE | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---|---|---|
| Actual End Date | 10-APR-25 | 07-SEP-26 |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| | **Manual Data Change** | 04/24/2025 18:18:20 | ACTIVE | SEVIS Maintenance |
| | **Portal Updated with SEVIS Changes** | 04/10/2025 15:07:40 | TERMINATED | PORTAL |
| | **Manual Data Change** | 04/10/2025 14:06:29 | TERMINATED | SEVIS Maintenance |
| ⊖ | **OPT Actual End Date Updated** | 04/10/2025 14:06:29 | TERMINATED | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---|---|---|
| Actual End Date | 07-SEP-26 | 10-APR-25 |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| ⊖ | **Terminate - User Termination** | 04/10/2025 14:06:29 | TERMINATED | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---|---|---|
| Termination Reason | | OTHER |
| Explanation | | Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated. |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| | **Portal Updated with SEVIS Changes** | 02/13/2025 05:47:15 | ACTIVE | PORTAL |
| | **Portal Updated with SEVIS Changes** | 02/12/2025 16:03:20 | ACTIVE | PORTAL |
| | **STEM OPT 6 Month Participation Reported** | 02/12/2025 15:01:30 | ACTIVE | Kevin Roiseland |
| | **Portal Updated with SEVIS Changes** | 11/21/2024 17:03:02 | ACTIVE | PORTAL |
| ⊕ | **OPT Correction Made** | 11/21/2024 15:49:03 | ACTIVE | DHS Official |
| | **Correction Request 24727399 Approval** | 11/21/2024 15:48:46 | ACTIVE | DHS Official |

Ex. 22
3:25-cv-00042-SMR-WPK

SEVIS - Eligibility - EVENT History

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| ➕ OPT Correction Made | 11/21/2024 15:48:46 | ACTIVE | DHS Official |
| Correction Request 24727399 Status Update | 11/21/2024 14:05:41 | ACTIVE | System Interface |
| ➕ Correction Request 24727399 Evidence Received | 11/21/2024 12:09:04 | ACTIVE | Kevin Roiseland |
| ➕ Correction Request 24727399 Evidence Upload Status | 11/21/2024 12:09:04 | ACTIVE | Kevin Roiseland |
| ➕ Correction Request 24727399 Evidence Submitted | 11/21/2024 12:09:00 | ACTIVE | Kevin Roiseland |
| ➕ Correction Request 24727399 Evidence Uploaded | 11/21/2024 12:09:00 | ACTIVE | Kevin Roiseland |
| ➕ Correction Request 24727399 Submitted | 11/21/2024 12:08:06 | ACTIVE | Kevin Roiseland |
| Portal Updated with SEVIS Changes | 08/20/2024 18:04:33 | ACTIVE | PORTAL |
| Portal Updated with SEVIS Changes | 08/20/2024 17:11:56 | ACTIVE | PORTAL |
| OPT Employer Added 11047584 Iowa Department of Health and Human Services | 08/20/2024 16:51:11 | ACTIVE | Kevin Roiseland |
| OPT Recommendation for STEM OPT | 08/20/2024 16:51:11 | ACTIVE | Kevin Roiseland |
| ➕ Address Update - Mailing | 08/20/2024 16:32:41 | ACTIVE | Kevin Roiseland |
| ➕ Address Update - Physical | 08/20/2024 16:32:41 | ACTIVE | Kevin Roiseland |
| Personal Information Updated | 08/20/2024 16:32:41 | ACTIVE | Kevin Roiseland |
| Portal Updated with SEVIS Changes | 05/13/2024 13:05:41 | ACTIVE | PORTAL |
| OPT Employer Added 10865131 Iowa Department of Health and Human Services | 05/13/2024 12:26:12 | ACTIVE | Kevin Roiseland |
| ➕ OPT Employer Information Update 10550440 The University of Iowa - State Hygienic Laboratory | 05/13/2024 12:24:01 | ACTIVE | Kevin Roiseland |
| Portal Updated with SEVIS Changes | 01/31/2024 03:10:10 | ACTIVE | PORTAL |
| Portal Updated with SEVIS Changes | 12/05/2023 23:02:19 | ACTIVE | PORTAL |
| Portal Updated with SEVIS Changes | 09/29/2023 12:19:18 | ACTIVE | PORTAL |
| ➕ Portal Status: Student Notified To Create Account | 09/29/2023 12:19:17 | ACTIVE | PORTAL |

Ex. 22
3:25-cv-00042-SMR-WPK

SEVIS - Eligibility - EVENT History

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| | **Correction Request 24593686 Approval** | 09/29/2023 11:32:17 | ACTIVE | DHS Official |
| ⊕ | **OPT Correction Made** | 09/29/2023 11:32:17 | ACTIVE | DHS Official |
| ⊕ | **Correction Request 24593686 Evidence Received** | 09/28/2023 16:33:13 | ACTIVE | Kevin Roiseland |
| ⊕ | **Correction Request 24593686 Evidence Upload Status** | 09/28/2023 16:33:13 | ACTIVE | Kevin Roiseland |
| ⊕ | **Correction Request 24593686 Evidence Submitted** | 09/28/2023 16:33:12 | ACTIVE | Kevin Roiseland |
| ⊕ | **Correction Request 24593686 Evidence Uploaded** | 09/28/2023 16:33:12 | ACTIVE | Kevin Roiseland |
| ⊕ | **Correction Request 24593686 Status Update** | 09/28/2023 16:32:33 | ACTIVE | System Interface |
| ⊕ | **Correction Request 24593686 Submitted** | 09/28/2023 16:32:31 | ACTIVE | Kevin Roiseland |
| | **Correction Request 24593644 Denial** | 09/28/2023 16:23:15 | ACTIVE | DHS Official |
| | **OPT Employer Added 10550440 The University of Iowa - State Hygienic Laboratory** | 09/28/2023 14:57:42 | ACTIVE | Kevin Roiseland |
| ⊕ | **Correction Request 24593644 Evidence Received** | 09/28/2023 14:53:45 | ACTIVE | Kevin Roiseland |
| ⊕ | **Correction Request 24593644 Evidence Upload Status** | 09/28/2023 14:53:45 | ACTIVE | Kevin Roiseland |
| ⊕ | **Correction Request 24593644 Evidence Submitted** | 09/28/2023 14:53:43 | ACTIVE | Kevin Roiseland |
| ⊕ | **Correction Request 24593644 Evidence Uploaded** | 09/28/2023 14:53:43 | ACTIVE | Kevin Roiseland |
| ⊕ | **Correction Request 24593644 Status Update** | 09/28/2023 14:53:00 | ACTIVE | System Interface |
| ⊕ | **Correction Request 24593644 Submitted** | 09/28/2023 14:52:58 | ACTIVE | Kevin Roiseland |
| ⊕ | **OPT Correction Made** | 06/30/2023 14:14:55 | ACTIVE | DHS Official |
| | **Correction Request 24563349 Approval** | 06/30/2023 14:14:39 | ACTIVE | DHS Official |
| ⊕ | **OPT Correction Made** | 06/30/2023 14:14:39 | ACTIVE | DHS Official |
| ⊕ | **Correction Request 24563349 Evidence Received** | 06/30/2023 12:34:27 | ACTIVE | Kevin Roiseland |
| ⊕ | **Correction Request 24563349 Evidence Upload Status** | 06/30/2023 12:34:27 | ACTIVE | Kevin Roiseland |

4/29/25, 4:31 PM                                       SEVIS - Eligibility - EVENT History

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| ⊕ Correction Request 24563349 Evidence Submitted | 06/30/2023 12:34:25 | ACTIVE | Kevin Roiseland |
| ⊕ Correction Request 24563349 Evidence Uploaded | 06/30/2023 12:34:25 | ACTIVE | Kevin Roiseland |
| ⊕ Correction Request 24563349 Status Update | 06/30/2023 12:32:49 | ACTIVE | System Interface |
| ⊕ Correction Request 24563349 Submitted | 06/30/2023 12:32:47 | ACTIVE | Kevin Roiseland |
| OPT Recommendation for Post-Completion OPT | 05/30/2023 10:37:11 | ACTIVE | Kevin Roiseland |
| ⊕ Address Update - Physical | 05/30/2023 10:03:31 | ACTIVE | Kevin Roiseland |
| Personal Information Updated | 05/30/2023 10:03:31 | ACTIVE | Kevin Roiseland |
| ⊕ E-Mail Address Update | 05/30/2023 10:03:31 | ACTIVE | Kevin Roiseland |
| CPT Employment | 05/08/2023 11:11:25 | ACTIVE | Michael Bortscheller |
| Interface Repush | 04/15/2023 21:19:20 | ACTIVE | SEVIS Maintenance |
| ⊕ Program Extension | 04/04/2023 10:39:18 | ACTIVE | Kevin Roiseland |
| ⊕ Address Add - Mailing | 04/04/2023 10:36:38 | ACTIVE | Kevin Roiseland |
| ⊕ Address Update - Physical | 04/04/2023 10:36:38 | ACTIVE | Kevin Roiseland |
| Personal Information Updated | 04/04/2023 10:36:38 | ACTIVE | Kevin Roiseland |
| ⊕ Registration - Continuing | 01/20/2023 02:05:31 | ACTIVE | Michael Bortscheller |
| CPT Employment | 09/27/2022 14:38:16 | ACTIVE | Michael Bortscheller |
| ⊕ Registration - Continuing | 09/07/2022 02:09:27 | ACTIVE | Michael Bortscheller |
| Interface Repush | 07/19/2022 17:01:17 | ACTIVE | System Interface |
| ⊕ ADIS Arrival | 07/01/2022 12:15:17 | ACTIVE | System Interface |
| ⊕ ADIS Departure | 06/03/2022 15:59:04 | ACTIVE | System Interface |
| Program Information Updated | 05/05/2022 14:08:59 | ACTIVE | Pauline Beazer James |

SEVIS - Eligibility - EVENT History

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| ⊕ | **Primary Major Code Update** | 05/05/2022 14:08:59 | ACTIVE | Pauline Beazer James |
| ⊕ | **Registration - Continuing** | 01/21/2022 01:52:20 | ACTIVE | Michael Bortscheller |
| ⊕ | **Address Update - Physical** | 10/27/2021 12:27:22 | ACTIVE | Kevin Roiseland |
| | **Personal Information Updated** | 10/27/2021 12:27:22 | ACTIVE | Kevin Roiseland |
| ⊕ | **Telephone Information Updated** | 10/27/2021 12:27:22 | ACTIVE | Kevin Roiseland |
| ⊕ | **Address Add - Physical** | 08/26/2021 01:55:27 | ACTIVE | Michael Bortscheller |
| ⊕ | **Registration - Initial** | 08/26/2021 01:55:27 | ACTIVE | Michael Bortscheller |
| ⊕ | **ADIS Arrival** | 08/19/2021 05:54:04 | INITIAL | System Interface |
| ⊕ | **NIV Interface** | 08/02/2021 23:29:14 | INITIAL | System Interface |
| | **I-901 Payment** | 07/26/2021 22:01:42 | INITIAL | System Interface |
| | **Record Created** | 04/07/2021 15:26:51 | INITIAL | Enkhtaivan Mills |

Return

Ex. 22
3:25-cv-00042-SMR-WPK