Plaintiffs' Exhibit 19

An official website of the U.S. government    Skip Navigation



**Student & Exchange Visitor Information System**

Michael Bortscheller    Logout
1-800-892-4829
ROLES: DSO, PDSO, RO
SEVIS Help Desk
Get Plug-Ins

Main  Listing of Schools  Listing of Programs  Message Board
Change Password

Enter SEVIS ID

# Event History

| F-1 Student<br>John Doe #1 | The University of Iowa - The University of Iowa<br>Start Date: 08/08/2021    End Date: 05/15/2026 | Status: **ACTIVE**<br>SEVIS ID:<br>John Doe #1 |
|---|---|---|

| GENDER | MALE | EMAIL |  |
| DOB | John Doe #1 | | |
| PREFERRED NAME | John Doe #1 | | |
| PASSPORT NAME | | U.S. ADDRESS |  |
| COUNTRY OF BIRTH | INDIA | | |
| CITIZENSHIP | INDIA | | |



[ Return ]

**Enter the date range and click the button to filter by event date**

Search: [ ]

From: [ ]   To: [ ]   [Filter]

[Expand All]

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| | Manual Data Change | 04/24/2025 15:25:00 | ACTIVE | SEVIS Maintenance |
| | Manual Data Change | 04/10/2025 14:06:29 | TERMINATED | SEVIS Maintenance |
| ⊖ | Terminate - User Termination | 04/10/2025 14:06:29 | TERMINATED | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---|---|---|
| Termination Reason | | OTHER |
| Explanation | | Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated. |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| ⊕ | Registration - Continuing | 03/10/2025 19:02:47 | ACTIVE | Michael Bortscheller |
| ⊕ | CPT Employment Updated | 12/31/2024 14:46:29 | ACTIVE | Pauline Beazer James |
| | ADIS Arrival | 12/31/2024 08:41:47 | ACTIVE | System Interface |
| ⊕ | ADIS Arrival | 12/29/2024 09:17:31 | ACTIVE | System Interface |
| ⊕ | ADIS Departure | 11/22/2024 05:26:45 | ACTIVE | System Interface |
| | CPT Employment | 11/11/2024 11:52:08 | ACTIVE | Brandon Paulson |
| ⊕ | Registration - Continuing | 08/28/2024 02:34:35 | ACTIVE | Michael Bortscheller |
| | CPT Employment | 06/27/2024 15:44:11 | ACTIVE | Pauline Beazer James |
| ⊕ | Registration - Continuing | 01/19/2024 02:10:54 | ACTIVE | Michael Bortscheller |
| ⊕ | Registration - Continuing | 08/23/2023 02:17:28 | ACTIVE | Michael Bortscheller |
| ⊕ | Address Update - Physical | 08/22/2023 02:31:41 | ACTIVE | Michael Bortscheller |
| | Personal Information Updated | 08/22/2023 02:31:41 | ACTIVE | Michael Bortscheller |
| | ADIS Arrival | 02/14/2023 11:03:17 | ACTIVE | System Interface |
| ⊕ | ADIS Arrival | 02/12/2023 17:39:31 | ACTIVE | System Interface |
| ⊕ | ADIS Departure | 02/04/2023 21:48:44 | ACTIVE | System Interface |
| | I-20 Reprinted | 02/02/2023 14:57:45 | ACTIVE | Pauline Beazer James |
| ⊕ | Registration - Continuing | 01/20/2023 02:07:12 | ACTIVE | Michael Bortscheller |
| ⊕ | Registration - Continuing | 09/07/2022 02:10:55 | ACTIVE | Michael Bortscheller |
| ⊕ | ADIS Arrival | 05/07/2022 21:12:46 | ACTIVE | System Interface |
| | ADIS Departure | 04/19/2022 16:24:57 | ACTIVE | System Interface |
| ⊕ | ADIS Departure | 04/18/2022 16:34:42 | ACTIVE | System Interface |
| | I-20 Reprinted | 04/15/2022 12:35:16 | ACTIVE | Brandon Paulson |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| Personal Information Updated | 01/27/2022 02:02:52 | ACTIVE | Michael Bortscheller |
| Telephone Information Updated | 01/27/2022 02:02:52 | ACTIVE | Michael Bortscheller |
| Registration - Continuing | 01/21/2022 01:53:42 | ACTIVE | Michael Bortscheller |
| Address Add - Physical | 08/26/2021 01:57:22 | ACTIVE | Michael Bortscheller |
| Registration - Initial | 08/26/2021 01:57:22 | ACTIVE | Michael Bortscheller |
| ADIS Arrival | 08/12/2021 00:55:03 | INITIAL | System Interface |
| ADIS Arrival | 08/10/2021 23:36:34 | INITIAL | System Interface |
| NIV Interface | 07/22/2021 23:28:03 | INITIAL | System Interface |
| I-901 Payment | 03/29/2021 23:54:02 | INITIAL | System Interface |
| Record Created | 03/09/2021 14:55:40 | INITIAL | Enkhtaivan Mills |

Return