Plaintiffs' Exhibit 20

An official website of the U.S. government    Skip Navigation



**Student & Exchange Visitor Information System**

Michael Bortscheller    Logout
1-800-892-4829
ROLES: DSO, PDSO, RO
SEVIS Help Desk

Get Plug-Ins

Main | Listing of Schools | Listing of Programs | Message Board
Change Password

Enter SEVIS ID

# Event History

| F-1 Student<br>John Doe #2 | **The University of Iowa - The University of Iowa**<br>Start Date: 01/07/2024    End Date: 12/19/2025 | Status: **ACTIVE**<br>SEVIS ID:<br>John Doe #2 |
|---|---|---|

| | | | |
|---|---|---|---|
| GENDER | MALE | EMAIL |  |
| DOB | John Doe #2 | | |
| PREFERRED NAME | John Doe #2 | | |
| PASSPORT NAME | | U.S. ADDRESS | John Doe #2 |
| COUNTRY OF BIRTH | CHINA | | |
| CITIZENSHIP | CHINA | | |



[ Return ]

4/29/25, 4:33 PM                                         SEVIS - Eligibility - EVENT History

**Enter the date range and click the button to filter by event date**

Search:

| Expand All | | From: | To: | Filter |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| ➕ Address Update - Physical | 04/28/2025 09:23:42 | ACTIVE | Michael Bortscheller |
| Personal Information Updated | 04/28/2025 09:23:42 | ACTIVE | Michael Bortscheller |
| ➕ Telephone Information Updated | 04/28/2025 09:23:42 | ACTIVE | Michael Bortscheller |
| Manual Data Change | 04/26/2025 16:20:37 | ACTIVE | SEVIS Maintenance |
| Manual Data Change | 04/10/2025 14:06:15 | TERMINATED | SEVIS Maintenance |
| ➖ Terminate - User Termination | 04/10/2025 14:06:15 | TERMINATED | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---|---|---|
| Termination Reason | TRANSFER STUDENT NO SHOW | OTHER |
| Explanation | Student has not registered within 60 days after program start date | Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated. |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| ➕ Registration - Continuing | 03/10/2025 19:23:45 | ACTIVE | Michael Bortscheller |
| ➕ Registration - Continuing | 08/28/2024 02:32:41 | ACTIVE | Michael Bortscheller |
| ADIS Arrival | 06/12/2024 11:08:28 | ACTIVE | System Interface |
| ➕ ADIS Arrival | 06/10/2024 11:20:58 | ACTIVE | System Interface |
| ➕ NIV Interface | 05/31/2024 22:30:21 | ACTIVE | System Interface |
| Correction Request 24662863 Approval | 05/24/2024 16:46:54 | ACTIVE | DHS Official |
| ISS Change of Student Status | 05/24/2024 16:46:54 | ACTIVE | DHS Official |
| ➕ Change of Session Dates | 05/24/2024 16:46:54 | ACTIVE | DHS Official |
| ➕ Correction Request 24662863 Evidence Received | 05/23/2024 17:38:03 | TERMINATED | Michael Bortscheller |
| ➕ Correction Request 24662863 Evidence Upload Status | 05/23/2024 17:38:03 | TERMINATED | Michael Bortscheller |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| Correction Request 24662863 Evidence Submitted | 05/23/2024 17:38:01 | TERMINATED | Michael Bortscheller |
| Correction Request 24662863 Evidence Uploaded | 05/23/2024 17:38:01 | TERMINATED | Michael Bortscheller |
| Correction Request 24662863 - Request for Information | 05/23/2024 17:15:22 | TERMINATED | DHS Official |
| Correction Request 24662863 Status Update | 05/23/2024 16:02:52 | TERMINATED | System Interface |
| Correction Request 24662863 Submitted | 05/23/2024 16:02:50 | TERMINATED | Michael Bortscheller |
| Terminate - System Termination | 03/07/2024 02:06:38 | TERMINATED | SEVIS Maintenance |
| Education Level - Change | 01/04/2024 16:32:25 | INITIAL | Shari Sorensen |
| Program Dates - Update | 01/04/2024 16:32:25 | INITIAL | Shari Sorensen |
| English Proficiency Update | 01/04/2024 16:32:25 | INITIAL | Shari Sorensen |
| Secondary Major Code Update | 01/04/2024 16:32:25 | INITIAL | Shari Sorensen |
| Primary Major Code Update | 01/04/2024 16:32:25 | INITIAL | Shari Sorensen |
| Address Add - Physical | 01/04/2024 16:32:13 | DRAFT | Shari Sorensen |
| Transfer In Initiated | 12/26/2023 19:12:30 | DRAFT | Soon Kim |
| Record Created | 12/26/2023 19:12:29 | INITIAL | Soon Kim |

Return