Plaintiffs' Exhibit 21

4/29/25, 5:05 PM                           SEVIS - Eligibility - EVENT History

An official website of the U.S. government    Skip Navigation



**Student & Exchange Visitor Information System**

Michael Bortscheller    Logout
1-800-892-4829
ROLES: DSO, PDSO, RO
SEVIS Help Desk
Get Plug-Ins

Main  Listing of Schools  Listing of Programs  Message Board
Change Password

Enter SEVIS ID

page

# Event History

| F-1 Student<br>John Doe #3 | The University of Iowa - The University of Iowa<br>Start Date: 08/14/2022    End Date: 05/15/2026 | Status: **ACTIVE**<br>SEVIS ID:<br>John Doe #3 |
| --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| GENDER | MALE | EMAIL | John Doe #3 |
| DOB | John Doe #3 | | |
| PREFERRED NAME | John Doe #3 | | |
| PASSPORT NAME | John Doe #3 | U.S. ADDRESS |  John Doe #3 |
| COUNTRY OF BIRTH | CHINA | | |
| CITIZENSHIP | CHINA | | |



Return

**Enter the date range and click the button to filter by event date**

Search: ☐

Expand All     From: ☐     To: ☐     Filter

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| Manual Data Change | 04/24/2025 15:25:02 | ACTIVE | SEVIS Maintenance |
| Manual Data Change | 04/10/2025 14:06:29 | TERMINATED | SEVIS Maintenance |
| Terminate - User Termination | 04/10/2025 14:06:29 | TERMINATED | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---|---|---|
| Termination Reason | | OTHER |
| Explanation | | Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated. |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| Registration - Continuing | 03/10/2025 19:23:47 | ACTIVE | Michael Bortscheller |
| Registration - Continuing | 08/28/2024 02:37:29 | ACTIVE | Michael Bortscheller |
| Registration - Continuing | 01/19/2024 02:13:50 | ACTIVE | Michael Bortscheller |
| ADIS Arrival | 08/23/2023 10:35:25 | ACTIVE | System Interface |
| Registration - Continuing | 08/23/2023 02:20:21 | ACTIVE | Michael Bortscheller |
| ADIS Arrival | 08/21/2023 10:53:13 | ACTIVE | System Interface |
| ADIS Departure | 05/15/2023 10:46:15 | ACTIVE | System Interface |
| Registration - Continuing | 01/20/2023 02:09:22 | ACTIVE | Michael Bortscheller |
| Registration - Continuing | 09/07/2022 02:13:17 | ACTIVE | Michael Bortscheller |
| Personal Information Updated | 09/07/2022 02:08:35 | ACTIVE | Michael Bortscheller |
| Telephone Information Updated | 09/07/2022 02:08:35 | ACTIVE | Michael Bortscheller |
| Address Add - Physical | 08/31/2022 16:04:03 | ACTIVE | Michael Bortscheller |
| Registration - Initial | 08/31/2022 16:04:03 | ACTIVE | Michael Bortscheller |
| ADIS Arrival | 08/15/2022 22:54:00 | INITIAL | System Interface |
| Interface Repush | 07/20/2022 17:46:06 | INITIAL | System Interface |
| NIV Interface | 06/18/2022 00:00:51 | INITIAL | System Interface |
| I-901 Payment | 06/09/2022 22:01:11 | INITIAL | System Interface |
| Record Created | 06/06/2022 14:58:54 | INITIAL | Enkhtaivan Mills |

Return