Plaintiffs' Exhibit 22

An official website of the U.S. government    Skip Navigation



**Student & Exchange Visitor Information System**

Michael Bortscheller    Logout
1-800-892-4829
ROLES: DSO, PDSO, RO
SEVIS Help Desk
Get Plug-Ins

**Main**  **Listing of Schools**  **Listing of Programs**  **Message Board**  **Change Password**

Enter SEVIS ID

# Event History

| F-1 Student<br>John Doe #4 | The University of Iowa - The University of Iowa<br>Start Date: 08/08/2021    End Date: 08/04/2023 | Status: **ACTIVE**<br>SEVIS ID:<br>John Doe #4 |
|---|---|---|

GENDER           MALE                    EMAIL            John Doe #4
DOB              John Doe #4
PREFERRED NAME   John Doe #4
PASSPORT NAME    John Doe #4             U.S. ADDRESS     
COUNTRY OF BIRTH INDIA
CITIZENSHIP      INDIA

Return

**Enter the date range and click the button to filter by event date**

Search:

| Expand All | From: | To: | Filter |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| Portal Updated with SEVIS Changes | 04/24/2025 19:17:40 | ACTIVE | PORTAL |
| ⊖ OPT Correction Made | 04/24/2025 18:18:20 | ACTIVE | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---|---|---|
| Actual End Date | 10-APR-25 | 07-SEP-26 |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| Manual Data Change | 04/24/2025 18:18:20 | ACTIVE | SEVIS Maintenance |
| Portal Updated with SEVIS Changes | 04/10/2025 15:07:40 | TERMINATED | PORTAL |
| Manual Data Change | 04/10/2025 14:06:29 | TERMINATED | SEVIS Maintenance |
| ⊖ OPT Actual End Date Updated | 04/10/2025 14:06:29 | TERMINATED | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---|---|---|
| Actual End Date | 07-SEP-26 | 10-APR-25 |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| ⊖ Terminate - User Termination | 04/10/2025 14:06:29 | TERMINATED | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---|---|---|
| Termination Reason | | OTHER |
| Explanation | | Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated. |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| Portal Updated with SEVIS Changes | 02/13/2025 05:47:15 | ACTIVE | PORTAL |
| Portal Updated with SEVIS Changes | 02/12/2025 16:03:20 | ACTIVE | PORTAL |
| STEM OPT 6 Month Participation Reported | 02/12/2025 15:01:30 | ACTIVE | Kevin Roiseland |
| Portal Updated with SEVIS Changes | 11/21/2024 17:03:02 | ACTIVE | PORTAL |
| ⊕ OPT Correction Made | 11/21/2024 15:49:03 | ACTIVE | DHS Official |
| Correction Request 24727399 Approval | 11/21/2024 15:48:46 | ACTIVE | DHS Official |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| OPT Correction Made | 11/21/2024 15:48:46 | ACTIVE | DHS Official |
| Correction Request 24727399 Status Update | 11/21/2024 14:05:41 | ACTIVE | System Interface |
| Correction Request 24727399 Evidence Received | 11/21/2024 12:09:04 | ACTIVE | Kevin Roiseland |
| Correction Request 24727399 Evidence Upload Status | 11/21/2024 12:09:04 | ACTIVE | Kevin Roiseland |
| Correction Request 24727399 Evidence Submitted | 11/21/2024 12:09:00 | ACTIVE | Kevin Roiseland |
| Correction Request 24727399 Evidence Uploaded | 11/21/2024 12:09:00 | ACTIVE | Kevin Roiseland |
| Correction Request 24727399 Submitted | 11/21/2024 12:08:06 | ACTIVE | Kevin Roiseland |
| Portal Updated with SEVIS Changes | 08/20/2024 18:04:33 | ACTIVE | PORTAL |
| Portal Updated with SEVIS Changes | 08/20/2024 17:11:56 | ACTIVE | PORTAL |
| OPT Employer Added 11047584 Iowa Department of Health and Human Services | 08/20/2024 16:51:11 | ACTIVE | Kevin Roiseland |
| OPT Recommendation for STEM OPT | 08/20/2024 16:51:11 | ACTIVE | Kevin Roiseland |
| Address Update - Mailing | 08/20/2024 16:32:41 | ACTIVE | Kevin Roiseland |
| Address Update - Physical | 08/20/2024 16:32:41 | ACTIVE | Kevin Roiseland |
| Personal Information Updated | 08/20/2024 16:32:41 | ACTIVE | Kevin Roiseland |
| Portal Updated with SEVIS Changes | 05/13/2024 13:05:41 | ACTIVE | PORTAL |
| OPT Employer Added 10865131 Iowa Department of Health and Human Services | 05/13/2024 12:26:12 | ACTIVE | Kevin Roiseland |
| OPT Employer Information Update 10550440 The University of Iowa - State Hygienic Laboratory | 05/13/2024 12:24:01 | ACTIVE | Kevin Roiseland |
| Portal Updated with SEVIS Changes | 01/31/2024 03:10:10 | ACTIVE | PORTAL |
| Portal Updated with SEVIS Changes | 12/05/2023 23:02:19 | ACTIVE | PORTAL |
| Portal Updated with SEVIS Changes | 09/29/2023 12:19:18 | ACTIVE | PORTAL |
| Portal Status: Student Notified To Create Account | 09/29/2023 12:19:17 | ACTIVE | PORTAL |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| Correction Request 24593686 Approval | 09/29/2023 11:32:17 | ACTIVE | DHS Official |
| OPT Correction Made | 09/29/2023 11:32:17 | ACTIVE | DHS Official |
| Correction Request 24593686 Evidence Received | 09/28/2023 16:33:13 | ACTIVE | Kevin Roiseland |
| Correction Request 24593686 Evidence Upload Status | 09/28/2023 16:33:13 | ACTIVE | Kevin Roiseland |
| Correction Request 24593686 Evidence Submitted | 09/28/2023 16:33:12 | ACTIVE | Kevin Roiseland |
| Correction Request 24593686 Evidence Uploaded | 09/28/2023 16:33:12 | ACTIVE | Kevin Roiseland |
| Correction Request 24593686 Status Update | 09/28/2023 16:32:33 | ACTIVE | System Interface |
| Correction Request 24593686 Submitted | 09/28/2023 16:32:31 | ACTIVE | Kevin Roiseland |
| Correction Request 24593644 Denial | 09/28/2023 16:23:15 | ACTIVE | DHS Official |
| OPT Employer Added 10550440 The University of Iowa - State Hygienic Laboratory | 09/28/2023 14:57:42 | ACTIVE | Kevin Roiseland |
| Correction Request 24593644 Evidence Received | 09/28/2023 14:53:45 | ACTIVE | Kevin Roiseland |
| Correction Request 24593644 Evidence Upload Status | 09/28/2023 14:53:45 | ACTIVE | Kevin Roiseland |
| Correction Request 24593644 Evidence Submitted | 09/28/2023 14:53:43 | ACTIVE | Kevin Roiseland |
| Correction Request 24593644 Evidence Uploaded | 09/28/2023 14:53:43 | ACTIVE | Kevin Roiseland |
| Correction Request 24593644 Status Update | 09/28/2023 14:53:00 | ACTIVE | System Interface |
| Correction Request 24593644 Submitted | 09/28/2023 14:52:58 | ACTIVE | Kevin Roiseland |
| OPT Correction Made | 06/30/2023 14:14:55 | ACTIVE | DHS Official |
| Correction Request 24563349 Approval | 06/30/2023 14:14:39 | ACTIVE | DHS Official |
| OPT Correction Made | 06/30/2023 14:14:39 | ACTIVE | DHS Official |
| Correction Request 24563349 Evidence Received | 06/30/2023 12:34:27 | ACTIVE | Kevin Roiseland |
| Correction Request 24563349 Evidence Upload Status | 06/30/2023 12:34:27 | ACTIVE | Kevin Roiseland |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| Correction Request 24563349 Evidence Submitted | 06/30/2023 12:34:25 | ACTIVE | Kevin Roiseland |
| Correction Request 24563349 Evidence Uploaded | 06/30/2023 12:34:25 | ACTIVE | Kevin Roiseland |
| Correction Request 24563349 Status Update | 06/30/2023 12:32:49 | ACTIVE | System Interface |
| Correction Request 24563349 Submitted | 06/30/2023 12:32:47 | ACTIVE | Kevin Roiseland |
| OPT Recommendation for Post-Completion OPT | 05/30/2023 10:37:11 | ACTIVE | Kevin Roiseland |
| Address Update - Physical | 05/30/2023 10:03:31 | ACTIVE | Kevin Roiseland |
| Personal Information Updated | 05/30/2023 10:03:31 | ACTIVE | Kevin Roiseland |
| E-Mail Address Update | 05/30/2023 10:03:31 | ACTIVE | Kevin Roiseland |
| CPT Employment | 05/08/2023 11:11:25 | ACTIVE | Michael Bortscheller |
| Interface Repush | 04/15/2023 21:19:20 | ACTIVE | SEVIS Maintenance |
| Program Extension | 04/04/2023 10:39:18 | ACTIVE | Kevin Roiseland |
| Address Add - Mailing | 04/04/2023 10:36:38 | ACTIVE | Kevin Roiseland |
| Address Update - Physical | 04/04/2023 10:36:38 | ACTIVE | Kevin Roiseland |
| Personal Information Updated | 04/04/2023 10:36:38 | ACTIVE | Kevin Roiseland |
| Registration - Continuing | 01/20/2023 02:05:31 | ACTIVE | Michael Bortscheller |
| CPT Employment | 09/27/2022 14:38:16 | ACTIVE | Michael Bortscheller |
| Registration - Continuing | 09/07/2022 02:09:27 | ACTIVE | Michael Bortscheller |
| Interface Repush | 07/19/2022 17:01:17 | ACTIVE | System Interface |
| ADIS Arrival | 07/01/2022 12:15:17 | ACTIVE | System Interface |
| ADIS Departure | 06/03/2022 15:59:04 | ACTIVE | System Interface |
| Program Information Updated | 05/05/2022 14:08:59 | ACTIVE | Pauline Beazer James |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| Primary Major Code Update | 05/05/2022 14:08:59 | ACTIVE | Pauline Beazer James |
| Registration - Continuing | 01/21/2022 01:52:20 | ACTIVE | Michael Bortscheller |
| Address Update - Physical | 10/27/2021 12:27:22 | ACTIVE | Kevin Roiseland |
| Personal Information Updated | 10/27/2021 12:27:22 | ACTIVE | Kevin Roiseland |
| Telephone Information Updated | 10/27/2021 12:27:22 | ACTIVE | Kevin Roiseland |
| Address Add - Physical | 08/26/2021 01:55:27 | ACTIVE | Michael Bortscheller |
| Registration - Initial | 08/26/2021 01:55:27 | ACTIVE | Michael Bortscheller |
| ADIS Arrival | 08/19/2021 05:54:04 | INITIAL | System Interface |
| NIV Interface | 08/02/2021 23:29:14 | INITIAL | System Interface |
| I-901 Payment | 07/26/2021 22:01:42 | INITIAL | System Interface |
| Record Created | 04/07/2021 15:26:51 | INITIAL | Enkhtaivan Mills |

Return