Plaintiffs' Exhibit 23

 Outlook

**转发**: Active Status Restored

From **John Doe #3**
Date    Tue 4/29/2025 4:59 PM
To      Acherkan, Mikhail D <mikhail-acherkan@uiowa.edu>

---

**发件人:** Ganim, Russell <russell-ganim@uiowa.edu>
**日期:** 星期四, 2025年4月24日 下午4:59
**收件人:** **John Doe #3**
**抄送:** Sanders, Sara (Dean) <sara-sanders@uiowa.edu>, Lang, Cornelia <cornelia-lang@uiowa.edu>, Bortscheller, Michael P <michael-bortscheller@uiowa.edu>
**主题:** Active Status Restored

John Doe #3

Hello. My name is Russell Ganim and I am associate provost and dean of International Programs at the University of Iowa.

I write with the good news that due to a court order, your SEVIS record has been returned to Active status.

If applicable, you may resume your employment at the University of Iowa.

If needed, Michael Bortscheller in our office will contact Human Relations separately.

I will copy Deans Sanders and Lang on this email as well, to ensure that they are apprised of this development.

Please feel free to reach out to me or Michael should you have any questions.

With all best wishes,

Russ Ganim

**Russell Ganim (he, him, his)**
Associate Provost and Dean, International Programs
1111 University Capitol Centre, Iowa City 52242
Office: 319-335-0373
international.uiowa.edu