IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JOHN DOE #1, et al., | ) |
| Plaintiffs, | ) No. 3:25-cv-00042-RGE-WPK |
| v. | ) **Notice of Filing of Exhibit List** |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al, | ) |
| Defendants. | ) |

In accordance with this Court's Order Setting Hearing-Related Deadlines (R. Doc. 11), Defendants submit their exhibit list for the preliminary injunction hearing in this matter on Monday, May 5, 2025. Defendants do not intend to call any witnesses.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/Rachel J. Scherle*
Rachel J. Scherle
Andrew H. Kahl
Assistant United States Attorneys
Neal Smith Federal Building
210 Walnut Street, Ste 455
Des Moines, Iowa 50309
Telephone: (515) 473-9300
Facsimile: (515) 473-9282
Email: Andrew.Kahl@usdoj.gov
Email: rachel.scherle@usdoj.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail  \_\_\_\_\_ Fax  \_\_\_\_\_Hand Delivery

\_\_X\_\_ECF/Electronic filing   \_\_\_\_Other means


UNITED STATES ATTORNEY

By: */s/ K. Saltos*
    Paralegal Specialist