IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JOHN DOE #1, et al., | ) |
| | ) |
| Plaintiffs, | )   No. 3:25-cv-00042-RGE-WPK |
| | ) |
| v. | ) |
| | )   **Defendant's Exhibit List** |
| KRISTI NOEM, in her official capacity | ) |
| as Secretary of Homeland Security, et al, | ) |
| | ) |
| Defendants. | ) |

DEFENDANT'S EXHIBIT LIST

| **Exhibit Number** | **Description** |
|---|---|
| A | Declaration of HSI Senior Official, Andre Watson |