Plaintiffs' Exhibit 1

Case 3:25-cv-00042-RGE-WPK     Document 23-2     Filed 05/02/25     Page 1 of 3

# DECLARATION OF ██John Doe #1██

Pursuant to 28 U.S. Code § 1746, I, ██John Doe #1██, declare:

1. I am a citizen of India, and currently reside in Iowa City, Iowa. I am a Ph.D. student at the University of Iowa.

2. I first entered the United States on an F-1 Student Visa on August 4, 2021. I most recently entered the United States on an F-1 Visa on December 28, 2024.

3. I have studied chemical engineering at the University of Iowa from August 2021 to present. My anticipated graduation date is July 2026. Chemical engineering is a critical STEM field.

4. In addition to my studies, I am currently employed as both a research assistant (RA) and a teaching assistant (TA) in my department.

5. In my position as a TA, I assist faculty in grading assignments and presentations. This work is related to my studies because it is based on my chemical engineering expertise, and it requires the use of specific software that very few in my department have a complete grasp of.

6. My position as an RA is related to my studies because I research ways to improve technology that will advance healthcare and energy systems.

7. After graduation, I would like to apply for Optional Practical Training, if possible, and in the long run I plan on returning to India after getting work experience in the United States.

8. I received an email from International Students and Scholars Services on April 10, 2025, that my SEVIS records had been cancelled by the federal government. They recommended that, even though they did not think I had violated my status, I should get in contact with an attorney.

9. I received emails from the U.S. Embassy in New Delhi on March 13, 2025, and April 14, 2025.

    a. The first email said that my visa would be revoked as soon as I depart from the United States for any reason, and that there was no opportunity to appeal this decision, but I could reapply for a visa if I wished.

    b. The second email said that ICE had been informed of my visa cancellation and that they may be moving forward with removal proceedings and contacting my school about my visa revocation. The email also stated that I may be subject to fines, detention, deportation, or an inability to get a visa in the future if I remain here, and that I could be put into detention at any time.

10. My only criminal charge or conviction in the United States is for Iowa Code 321J.2 Operating While Intoxicated, First Offense. I pled guilty on March 11, 2024, and was sentenced to two days, which I served by attending an OWI weekend class. I have no other criminal convictions, arrests, or charges.

11. Because of my SEVIS termination, I have stopped going to my classes, and I have lost my work authorization, so I have been unable to work as a TA or RA, causing harm to my department. I have not been able to assist my professor in grading presentations.

12. I am also worried that the termination of my TA role may make it difficult to become a professor in the future.

13. My mother died of COVID, and in my work as a research assistant I am working on high quality electrochemical oxygen concentrators that very well may have saved her life if they existed during the pandemic. These concentrators will greatly enhance the abilities of hospitals to provide 99.9% pure oxygen to their patients and will likely also change other fields such as air travel by providing more efficient oxygen in the event of cabin depressurization.

14. My work in electrochemistry is also focused on hydrogen, oxygen, fuel, and photovoltaic cells. This work will likely help with cheaper energy generation, and it may lead to the creation of more efficient batteries and other electricity storage.

15. Because of my SEVIS termination, I have been under great stress and scared. It has caused fear for, and issues with, my fiancé and my father. My father has been alone in India since my mother died and I am very scared that this stress may negatively impact his health and that no one will be there to care for him.

16. I am going through a personal and professional crisis because of my SEVIS termination. I have been unable to sleep. I have no appetite and have been too stressed to eat.

17. I would like to proceed in this litigation under pseudonym because I am worried that ICE or other immigration agencies may use my information against me in a retaliatory manner. I haven't left my apartment for days because I am afraid of being arrested and detained.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 04/21/2025



John Doe #1