Plaintiffs' Exhibit 9

**U.S. Visa Revocation Notification - (F1) -** John Doe #3

"Guangzhou, NIV Inquiries" <GuangzhouNIVI@state.gov>

收件人：John Doe #3

时　间：2025-4-14 15:32:42

附　件：

Dear applicant John Doe #3,

We are writing about an important and serious matter in reference to your nonimmigrant student (F-1) visa.

On behalf of the United States Department of State, the Bureau of Consular Affairs Visa Office hereby informs you that additional information became available after your visa was issued. As a result, your F-1 visa with expiration date 13-JUN-2027 has been revoked under Section 221(i) of the United States Immigration and Nationality Act, as amended.

The Bureau of Consular Affairs Visa Office has alerted the Department of Homeland Security's Immigration and Customs Enforcement, which manages the Student Exchange Visitor Program and is responsible for removal proceedings. They may notify your designated school official about the revocation of your F-1 visa.

Remaining in the United States without a lawful immigration status can result in fines, detention, and/or deportation. It may also make you ineligible for a future U.S. visa. Please note that deportation can take place at a time that does not allow the person being deported to secure possessions or conclude affairs in the United States. Persons being deported may be sent to countries other than their countries of origin.

Given the gravity of this situation, individuals whose visa was revoked may wish to demonstrate their intent to depart the United States using the CBP Home App at https://www.cbp.gov/about/mobile-apps-directory/cbphome.

As soon as you depart the United States, you must personally present your passport to the U.S. embassy or consulate which issued your visa so your visa can be physically cancelled.

You must not attempt to use your visa as it has been revoked. If you intend to travel to the United States in the future, you must apply for another U.S. visa and a determination on your eligibility for a visa will be made at that time.

Sincerely,

**Ex. 9**
**3:25-cv-00042-SMR-WPK**

**Page 1**

U.S. Visa Refusal Documentation - John Doe #3

Nonimmigrant Visa Unit

U.S. Consulate General Guangzhou

SENSITIVE BUT UNCLASSIFIED