UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVSION

| | |
|---|---|
| JOHN DOE #1, *et al.* | ) |
| *Plaintiffs*, | ) Case No. 3:25-cv-00042- RGE-WPK |
| v. | ) **Notice Regarding Preliminary Injunction Hearing** |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security; *et al.*, | ) |
| *Defendants*. | ) |

**NOTICE REGARDING PRELIMINARY INJUNCTION HEARING**

Plaintiffs hereby notify the Court that law student practitioner Mikhail Acherkan will present oral argument regarding Plaintiffs' preliminary injunction motion during the hearing on Monday, May 5, 2025. Mr. Acherkan was previously authorized to appear as a law student practitioner Local Rule 83(h). *See* Order, ECF No. 4. Undersigned counsel will also be present and will address any questions relating to Plaintiffs' motions to proceed under pseudonym and for a protective order (ECF No. 9).

Dated: May 2, 2025

Respectfully submitted,

*/s/ Katherine Melloy Goettel*
KATHERINE MELLOY GOETTEL
MIKHAIL ACHERKAN*
JUDE HAGERMAN*
ANGELA PANDIT*
IAN REEVES*
JUSTIN REMPE*
ISABELLA SIRAGUSA*
University of Iowa College of Law
Clinical Law Programs
380 Boyd Law Building
Iowa City, IA 52242-1113
Telephone: (319) 335-9023
Email: kate-goettel@uiowa.edu
*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I certify that on May 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsel for Defendants.

<i><u>/s/ Katherine Melloy Goettel</u></i><br>
KATHERINE MELLOY GOETTEL<br>
<i>Counsel for Plaintiffs</i>