## United States District Court for the Southern District of Iowa

Presiding: Honorable Rebecca Goodgame Ebinger

Case No. 3:25-cv-00042-RGE-WPK     :   Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, and JOHN DOE 4 | DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM in her official capacity as Secretary of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; and TODD LYONS in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement |

Plaintiff(s) Counsel: Katherine Melloy Goettel, Mikhail Acherkan (student practitioner)

Defendant(s) Counsel: Rachel J. Scherle, Andrew H. Kahl

Court Reporter: Karla Ray     :   Interpreter:

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| [P] Mot. for Preliminary Injunction, ECF 5 | | : | X |
| [P] Mot. for Leave to File Under Pseudonym and Mot. for Protective Order, ECF 9 | DENIED | : | |
| [P] Oral Mot. for Extension of TRO | GRANTED | : | |

Proceedings:

Counsel for the Plaintiffs and Defendants appear. 10:01 a.m. Plaintiffs' counsel argues in support of their Motion for Leave to File Under Pseudonym [9]. 10:12 a.m. Defendants' counsel argues in opposition. Plaintiffs' counsel waives rebuttal argument. Court denies Motion [9]. Plaintiff's shall proceed in true name going forward.

Parties offer and Court admits Plaintiff Exhibits 1-23 and Defense Exhibit A. 10:24 a.m. Plaintiffs' counsel argues in support of their Motion for Preliminary Injunction [5]. 10:43 a.m. Defendants' counsel argues in opposition. 11:08 a.m. Plaintiffs' counsel presents rebuttal argument. Court reserves ruling. 11:12 a.m. Plaintiff moves for extension of Temporary Restraining Order. 11:13 a.m. Government resists. Court grants extension of TRO for additional 14 days or until Court rules on Preliminary Injunction.

Defense shall bring to Court's attention any ruling from any department relevant to issues in this case. Plaintiff shall file withdrawal of plaintiff(s) or updated information identifying plaintiffs in the case by 5:00 PM on May 6, 2025. 11:18 a.m. Court adjourns. Order to follow.

Time Start: 9:59 a.m.
Time End:  11:18 a.m.
Date: May 5, 2025

/s/ Kandy Sands
_____
Deputy Clerk