IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, and JOHN DOE 4,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM in her official capacity as Secretary of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; and TODD LYONS in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>    Defendants. | No. 3:25-cv-00042-RGE-WPK<br><br>MOTION HEARING<br>EXHIBIT LIST |

## PLAINTIFF EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | Declaration of John Doe #1 | X | X | | X | | | 5/5/2025 |
| 2 | Email from Univ. of Iowa Office of International Students and Scholars to Doe #1 | X | X | | X | | | 5/5/2025 |
| 3 | Email from New Delhi Embassy to Doe #1 | X | X | | X | | | 5/5/2025 |
| 4 | Declaration of John Doe #2 | X | X | | X | | | 5/5/2025 |
| 5 | Email from Univ. of Iowa Office of International Students and Scholars to Doe #2 | X | X | | X | | | 5/5/2025 |
| 6 | Email from Vancouver Consulate to Doe #2 | X | X | | X | | | 5/5/2025 |
| 7 | Declaration of John Doe #3 | X | X | | X | | | 5/5/2025 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 8 | Email from Univ. of Iowa Office of International Students and Scholars to Doe #3 | X | X |  | X |  |  | 5/5/2025 |
| 9 | Email from Guangzhou Embassy to Doe #3 | X | X |  | X |  |  | 5/5/2025 |
| 10 | Declaration of John Doe #4 | X | X |  | X |  |  | 5/5/2025 |
| 11 | Email from Univ. of Iowa Office of International Students and Scholars to Doe #4 | X | X |  | X |  |  | 5/5/2025 |
| 12 | Email from Guangzhou Embassy to Doe #4 | X | X |  | X |  |  | 5/5/2025 |
| 13 | SEVIS TROs from other jurisdictions | X | X |  | X |  |  | 5/5/2025 |
| 14 | April 26, 2025 ICE policy regarding termination of records in SEVIS, submitted as an exhibit in *Doe v. Trump, et al.*, No. 4:25-cv-00175-TUC-AMM (D. Ariz. Apr. 28, 2025) | X | X |  | X |  |  | 5/5/2025 |
| 15 | Transcript from Preliminary Injunction Hearing in *Patel v. Lyons*, No. 3:25-cv-01096-ACR00023-JHY-JCH (D.D.C. Apr. 19, 2025) | X | X |  | X |  |  | 5/5/2025 |
| 16 | Declaration and Curriculum Vitae of Nusha Shishegar | X | X |  | X |  |  | 5/5/2025 |
| 17 | Notice of Intent to Deny Reinstatement Request Issued by USCIS May 5, 2017, equating SEVIS termination to lack of status | X | X |  | X |  |  | 5/5/2025 |
| 18 | Notice of Intent to Deny Request for Change of Status from F-1 to H-1B Issued by USCIS April 18, 2025, equating SEVIS termination to lack of status | X | X |  | X |  |  | 5/5/2025 |
| 19 | SEVIS Event History for John Doe #1 | X | X |  | X |  |  | 5/5/2025 |
| 20 | SEVIS Event History for John Doe #2 | X | X |  | X |  |  | 5/5/2025 |
| 21 | SEVIS Event History for John Doe #3 | X | X |  | X |  |  | 5/5/2025 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 22 | SEVIS Event History for John Doe #4 | X | X |  | X |  |  | 5/5/2025 |
| 23 | Email from Univ. of Iowa International Programs to Doe #3 | X | X |  | X |  |  | 5/5/2025 |

## DEFENDANT EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| A | Declaration of HSI Senior Official, Andre Watson | X | X |  | X |  |  | 5/5/2025 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order