**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**DAVENPORT DIVISION**

|  |  |
|---|---|
| PRASOON KUMAR, SONGLI CAI, HAORAN YANG, SRI CHAITANYA KRISHNA AKONDY, )<br><br>*Plaintiffs*, )<br><br>v. )<br><br>KRISTI NOEM, *et al.*, )<br><br>*Defendants*. ) | Case No. 3:25-cv-00042-RGE-WPK<br><br>**NOTICE REGARDING PLAINTIFFS' IDENTITIES** |

**NOTICE REGARDING PLAINTIFFS' IDENTITIES**

In response to this Court's Order denying Plaintiffs' Motion to Proceed Under Pseudonym (ECF No. 28), Plaintiffs identities are as follows: Prasoon Kumar (John Doe #1); Songli Cai (John Doe #2); Haoran Yang (John Doe #3); Sri Chaitanya Krishna Akondy (John Doe #4).

DATE: May 6, 2025

Respectfully submitted,

*/s/ Katherine Melloy Goettel*
KATHERINE MELLOY GOETTEL
MIKHAIL ACHERKAN*
JUDE HAGERMAN*
ANGELA PANDIT*
IAN REEVES*
JUSTIN REMPE*
ISABELLA SIRAGUSA*
University of Iowa College of Law
Clinical Law Programs
380 Boyd Law Building
Iowa City, IA 52242-1113
Telephone: (319) 335-9023
Email: kate-goettel@uiowa.edu
*Counsel for Plaintiffs*

* Authorized law student practitioners

1

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 6, 2025, I electronically filed the foregoing with the Clerk of the Court

using the CM/ECF System, which will send notification of such filing to counsel for Defendants.


*/s/ Katherine Melloy Goettel*
KATHERINE MELLOY GOETTEL
*Counsel for Plaintiffs*