IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

|  |  |
|---|---|
| PRASOON KUMAR, SONGLI CAI, HAORAN YANG, SRI CHAITANYA KRISHNA AKONDY<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al,<br><br>Defendants. | No. 3:25-cv-00042-RGE-WPK<br><br>**Defendants' Supplemental Exhibit and Notice to the Court** |

Pursuant to the Court's order on May 5, 2025, for the government to inform the Court of any additional information and/or policy changes to the Department of Homeland Security Student Exchange and Visitors Information System (SEVIS) database, the government offers attached Exhibit B, Declaration of James Hicks, Division Chief of External Operations at the Student and Exchange Visitor Program within Homeland Security Investigations at U.S. Immigration and Customs Enforcement (ICE).

Additionally, ICE counsel has informed counsel for the government that under ICE's new SEVIS policy, ICE will not re-terminate an alien's SEVIS record based solely on the NCIC record that led to the initial termination.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/Rachel J. Scherle*
Rachel J. Scherle
Andrew H. Kahl
Assistant United States Attorneys
Neal Smith Federal Building
210 Walnut Street, Ste 455
Des Moines, Iowa 50309
Telephone: (515) 473-9300
Facsimile: (515) 473-9282
Email: rachel.scherle@usdoj.gov
andrew.kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail  _____ Fax  \_\_\_\_\_Hand Delivery

\_\_X\_\_ECF/Electronic filing  \_\_\_\_Other means

UNITED STATES ATTORNEY

By: */s/ S. Irwin*
Paralegal Specialist