IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| PRASOON KUMAR, SONGLI CAI, HAORAN YANG, SRI CHAITANYA KRISHNA AKONDY<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al,<br><br>Defendants. | No. 3:25-cv-00042-RGE-WPK<br><br><br><br><br>Defendants' Motion to Alter or Amend Preliminary Injunction Entered on May 15, 2025 |

Defendants, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and applicable federal law, move the Court to alter and/or amend the preliminary injunction order entered on May 15, 2025. The technological limitations of the Student and Exchange Visitor Information System ("SEVIS") do not allow outside agencies and educational institutions to view notations in the system. Additionally, the Court's preliminary injunction order is overbroad, exceeding the bounds of the Court's jurisdiction in this matter.

Defendants will file a separate brief in further support of this motion.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/ Rachel J. Scherle*

1

Rachel J. Scherle<br>
Andrew H. Kahl<br>
Assistant United States Attorneys<br>
Neal Smith Federal Building<br>
210 Walnut Street, Ste 455<br>
Des Moines, Iowa 50309<br>
Telephone: (515) 473-9300<br>
Facsimile: (515) 473-9282<br>
Email: rachel.scherle@usdoj.gov<br>
andrew.kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail  _____ Fax  \_\_\_\_\_Hand Delivery

  X   ECF/Electronic filing      \_\_\_\_Other means

UNITED STATES ATTORNEY

By: _/s/ S. Irwin_____
      Paralegal Specialist