## DECLARATION OF JAMES HICKS

I, James Hicks, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am currently the Division Chief of External Operations at the Student and Exchange Visitor Program (SEVP) within Homeland Security Investigations (HSI) at U.S. Immigration and Customs Enforcement (ICE). I have served in this position since February 2019 and, in addition, spent 18 months as the Acting Deputy Assistant Director for SEVP from October 2023 through March 2025. Prior to joining SEVP, I was an attorney within the ICE Office of the Principal Legal Advisor (OPLA), where I served as a Section Chief and Associate Legal Advisor between June 2009 and February 2019.

2. I am aware of the above-captioned lawsuit filed by Plaintiffs in this matter. I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained from DHS personnel, various records, systems, databases, other Department of Homeland Security (DHS) employees, and information portals maintained and relied upon by DHS in the regular course of business.

3. Prasoon KUMAR's SEVIS record was terminated on April 10, 2025. SEVP later reactivated this record on April 24, 2025.

4. On May 17, 2025, SEVP added a notation to KUMAR's SEVIS record indicating the following: "Status changed per court order and ICE direction, retroactive to date of termination."

5. Songli CAI's SEVIS record was terminated on April 8, 2025. SEVP later reactivated this record on April 26, 2025.

6. On May 17, 2025, SEVP added a notation to CAI's SEVIS record indicating the following: "Status changed per court order and ICE direction, retroactive to date of termination."

GOVERNMENT EXHIBIT A

7. Haoran YANG's SEVIS record was terminated on April 10, 2025. SEVP later reactivated this record on April 24, 2025.

8. On May 17, 2025, SEVP added a notation to YANG's SEVIS record indicating the following: "Status changed per court order and ICE direction, retroactive to date of termination."

9. Krishna AKONDY's SEVIS record was terminated on April 10, 2025. SEVP later reactivated this record on April 24, 2025.

10. On May 17, 2025, SEVP added a notation to AKONDY's SEVIS record indicating the following: "Status changed per court order and ICE direction, retroactive to date of termination."

Executed this 12th day of June 2025.

_____
James Hicks, Division Chief
Student and Exchange Visitor Program
Homeland Security Investigations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security