UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| PRASOON KUMAR, *et al.* | )<br>) |
| *Plaintiffs*, | )<br>) Case No. 3:25-cv-00042- RGE-WPK |
| v. | )<br>) **Plaintiffs' Unopposed Motion for**<br>) **Extension of Time** |
| KRISTI NOEM, in her official capacity as<br>Secretary of Homeland Security; *et al.*, | )<br>)<br>) |
| *Defendants*. | )<br>)<br>) |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESISTANCE TO DEFENDANTS' MOTION TO AMEND OR CORRECT**

In accordance with Local Rule 7(j) Plaintiffs move for a one-week extension of time, to file a resistance in response to Defendants' Motion to Amend or Correct (ECF No. 33). Plaintiffs' resistance is currently due on **June 26, 2025**, and Plaintiffs seek an extension until **July 3, 2025**. In support of this motion, undersigned counsel states:

1. On June 12, 2025, Defendants filed a Motion to Amend or Correct this Court's Preliminary Injunction Order under Federal Rule of Civil Procedure 59(e) (ECF 33). The motion raises several new issues that were not previously addressed in the preliminary injunction briefing. Plaintiffs' resistance is due on June 26, 2025.

2. Undersigned counsel seeks this extension due to pre-planned travel from June 19–June 30, 2025, first at the American Immigration Lawyers Association conference and then on a family vacation.

3. Undersigned counsel conferred with counsel for Defendants by telephone on June 18, 2025, regarding this motion. Counsel for Defendants does not oppose a week-one extension.

4. This is the first request for an extension of time.

5. At present, there is no scheduled pretrial conference or trial.

6. Plaintiffs do not seek this extension for undue delay or any other unjust purpose.

Accordingly, Plaintiffs respectfully request a one-week extension, until July 3, 2025, to respond to Defendants' Motion to Amend or Correct.

DATE: June 19, 2025                                Respectfully submitted,

*/s/ Katherine Melloy Goettel*
KATHERINE MELLOY GOETTEL
University of Iowa College of Law
Clinical Law Programs
380 Boyd Law Building
Iowa City, IA 52242-1113
Telephone: (319) 335-9023
Email: kate-goettel@uiowa.edu

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that on June 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsel for Defendants.

                                            */s/ Katherine Melloy Goettel*
                                            KATHERINE MELLOY GOETTEL
                                            *Counsel for Plaintiffs*