# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

| | |
|---|---|
| PRASOON KUMAR, *et al.* )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>KRISTI NOEM, in her official capacity as )<br>Secretary of Homeland Security; *et al.*, )<br>)<br>*Defendants*. )<br>) | Case No. 3:25-cv-00042- RGE-WPK<br><br>**[PROPOSED] Order Granting Plaintiffs' Unopposed Motion for Extension of Time** |

## [PROPOSED] ORDER

IT IS ORDERED that Plaintiffs' motion for an extension of time (ECF No. 34) is GRANTED. Plaintiffs' resistance to Defendants' Motion to Amend or Correct (ECF No. 33) is due on **July 3, 2025.**

Entered this _____ day of June 2025.

BY THE COURT:

_____
HON. REBECCA GOODGAME EBINGER
U.S. DISTRICT JUDGE
