IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

|  |  |
|---|---|
| PRASOON KUMAR, SONGLI CAI, HAORAN YANG, SRI CHAITANYA KRISHNA AKONDY<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al,<br><br>Defendants. | No. 3:25-cv-00042-RGE-WPK<br><br>GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME (UNOPPOSED) |

Defendants respectfully move for an extension of time until August 21, 2025, within which to answer plaintiffs' complaint or file a motion to dismiss under Fed. R. Civ. P. 12(b). In support of this motion, defendants state as follows:

1. Plaintiffs' complaint was filed on April 21, 2025, and a summons dated April 23, 2025, was received by the United States Attorney on or about April 30, 2025. [See ECF No. 1.]

2. On April 24, 2025, the Court granted a temporary retraining order. [ECF No. 10.] Thereafter, following a hearing on May 5, 2025, and additional briefing, the Court granted a preliminary injunction on May 15, 2025. [ECF No. 32.]

3.  On June 12, 2025, defendants filed a motion to amend certain aspects of the Court's order granting the preliminary injunction. [ECF No. 33.] Plaintiffs' response time has not yet run, and this motion remains pending.

4.  Absent an extension of time and using the summons date as the date of service, defendants are required to file their responsive pleadings no later than June 23, 2025, that is, the first business day that is 60 days following service on the United States Attorney. *See* Fed. R. Civ. P. 12(a)(2); *see also* Fed. R. Civ. P. 6(a)(1)(C). Such responsive pleading may be in the form of an answer or, in certain circumstances, a motion to dismiss may be filed in lieu of an answer. *See* Fed. R. Civ. P. 12(b).

5.  Defendants request additional time to file their responsive pleading or, in the alternative, a motion to dismiss, for the following reasons:

A.  Counsel has needed to devote time and resources to research and prepare the motion to amend in this action, which remains pending. More generally, this matter has called for significant research and briefing prior to the due date for any responsive pleadings by virtue of the motions for a temporary restraining order and a preliminary injunction.

B.  Lead counsel for the defendants has been engaged in significant discovery in an unrelated, defensive employment case, including multiple depositions, in which discovery has just closed.

C.  Lead counsel for the defendants will be departing federal service within the next few weeks, and remaining counsel (and/or new lead counsel) will

need additional time to familiarize themselves with the factual record of this case and the multiple legal questions at issue. It is also noted that the small Civil Division for the United States Attorney's Office has recently been experiencing significant staffing shortages.

        D.       The issues in this case have been the subject of significant litigation around the country, and additional time is needed to coordinate defendants' responsive filing with agency counsel and within the Department of Justice.

        6.       Defendants reasonably believe that a 60-day extension of time would be realistic within which to prepare and file any responsive pleadings or motions.

        7.       Counsel for plaintiffs has indicated that plaintiffs will agree to this requested extension, provided that the Court simultaneously orders that defendants produce the certified administrative record within that same timeframe. Defendants have no objection to this proposal.

WHEREFORE defendants respectfully request an extension of time until August 21, 2025, within which to file any responsive pleadings and/or motions under Fed. R. Civ. P. 12(b); and an order directing the production and disclosure of the certified administrative record no later than August 21, 2025.

          Respectfully submitted,

          Richard D. Westphal
          United States Attorney

By: */s/Andrew H. Kahl*
    Andrew H. Kahl
    Rachel J. Scherle
    Assistant United States Attorneys
    Neal Smith Federal Building
    210 Walnut Street, Ste 455
    Des Moines, Iowa 50309
    Telephone: (515) 473-9300
    Facsimile: (515) 473-9282
    Email: rachel.scherle@usdoj.gov
          andrew.kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

\_\_\_\_U.S. Mail  _____ Fax  \_\_\_\_\_Hand Delivery

\_X\_\_ECF/Electronic filing  \_\_\_\_\_Other means

UNITED STATES ATTORNEY

By: */s/ S. Irwin*
    Paralegal Specialist