IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| PRASOON KUMAR, SONGLI CAI, HAORAN YANG, SRI CHAITANYA, and KRISHNA AKONDY<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department Homeland Security; Department of Homeland Security; and TODD LYONS, Acting Director of the Immigration and Customs Enforcement<br><br>Defendants. | No. 3:25-cv-00042-RGE-WPK<br><br>PROPOSED SCHEDULING ORDER |

The parties to this action, having conferred with one another through counsel, respectfully submit the following statement regarding a proposed scheduling order and discovery plan, pursuant to the Court's text order filed August 5, 2025 (ECF 39):

1. The parties anticipate that this matter will be submitted to the Court based on an administrative record, meaning that a formal discovery plan is not necessary. *See* Local Rule 16(d)(1). Nonetheless, the parties agree that the scheduling conference should go forward on August 27, and that the Court should consider setting the dates proposed herein.

2. The Court has already ordered that defendants disclose and file the certified administrative record no later than August 21, 2025. (ECF 36.) The parties agree that this deadline should remain in place.

3. The parties recommend that plaintiffs should be required to file any disputes or requested additions to the certified administrative record no later than October 1, 2025, with any responses by defendants to be filed within 21 days thereafter.

4. The parties further recommend that the Court require dispositive motions, to include any motions for summary judgment, to be filed no later than December 15, 2025, with responses to be filed within 30 days thereafter.

5. Finally, to address the other topics typically addressed at this stage of the proceedings, the parties state:

- A jury demand has not been filed, and a jury trial will not be implicated, because this matter will be submitted to the Court based on the administrative record.

- A court-sponsored settlement conference is not requested at this time.

- The parties do not unanimously consent to trial, disposition, and judgment by a United States Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals.

Respectfully submitted this 18th day of August 2025.

Richard D. Westphal
United States Attorney

By: /s/Andrew H. Kahl
Andrew H. Kahl
Assistant United States Attorneys
Neal Smith Federal Building
210 Walnut Street, Ste 455
Des Moines, Iowa 50309
Telephone: (515) 473-9300
Facsimile: (515) 473-9282
Email: andrew.kahl@usdoj.gov

Counsel for Defendants

By: *Katherine Melloy Goettel*
KATHERINE MELLOY GOETTEL
University of Iowa College of Law
Clinical Law Programs
380 Boyd Law Building
Iowa City, IA 52242-1113
Telephone: (319) 335-9023
Email: kate-goettel@uiowa.edu

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail  _____ Fax  _____Hand Delivery  __X__ECF/Electronic filing
____Other means

UNITED STATES ATTORNEY

By: */s/ Andrew Kahl*
   AUSA