IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| PRASOON KUMAR, SONGLI CAI, HAORAN YANG, SRI CHAITANYA, and KRISHNA AKONDY<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department Homeland Security; Department of Homeland Security; and TODD LYONS, Acting Director of the Immigration and Customs Enforcement<br><br>Defendants. | No. 3:25-cv-00042-RGE-WPK<br><br>DEFENDANTS' MOTION TO DISMISS |

Defendants, Kristi Noem, in her official capacity as Secretary of Homeland Security; the Department of Homeland Security; and Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement (collectively, "Defendants"), by and through their undersigned counsel, respectfully move to dismiss this action under Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3) for lack of subject matter jurisdiction.

Specifically, Defendants contend that the Court lacks subject matter jurisdiction because Plaintiffs' claims are moot. In the Complaint, Plaintiffs seek retroactive restoration of their records in the Student and Exchange Visitor Information Systems ("SEVIS"), but those records have been retroactively restored.

Because there is no further relief that the Court can grant, the Complaint must be dismissed.

This Motion is supported by the Brief in Support of Defendants' Motion to Dismiss filed herewith.

                                                Respectfully submitted,

                                                Richard D. Westphal
                                                United States Attorney

                                       By: */s/Andrew H. Kahl*
                                             Andrew H. Kahl
                                             Assistant United States Attorneys
                                             Neal Smith Federal Building
                                             210 Walnut Street, Ste 455
                                             Des Moines, Iowa 50309
                                             Telephone: (515) 473-9300
                                             Facsimile: (515) 473-9282
                                             Email: andrew.kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail  _____ Fax  \_\_\_\_\_Hand Delivery

\_\_X\_\_ECF/Electronic filing  \_\_\_\_Other means

UNITED STATES ATTORNEY

By: */s/ S. Irwin*
       Paralegal Specialist