IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| PRASOON KUMAR, SONGLI CAI, HAORAN YANG, SRI CHAITANYA, and KRISHNA AKONDY<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department Homeland Security; Department of Homeland Security; and TODD LYONS, Acting Director of the Immigration and Customs Enforcement<br><br>Defendants. | No. 3:25-cv-00042-RGE-WPK<br><br>MOTION TO SEAL |

Defendants respectfully move to seal the Administrative Record in this case (ECF 43) because the Administrative Record contains personal identifying information of Plaintiffs, to include SEVIS numbers and dates of birth.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/Andrew H. Kahl*
Andrew H. Kahl
Assistant United States Attorneys
Neal Smith Federal Building
210 Walnut Street, Ste 455
Des Moines, Iowa 50309
Telephone: (515) 473-9300
Facsimile: (515) 473-9282
Email: andrew.kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

_____U.S. Mail  _____ Fax  _____Hand Delivery

__X__ECF/Electronic filing  _____Other means

UNITED STATES ATTORNEY

By: _/s/ S. Irwin_____
     Paralegal Specialist