# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

| | |
|---|---|
| PRASOON KUMAR, *et al.* ) | |
| ) | |
| *Plaintiffs*, ) | Case No. 3:25-cv-00042- RGE-WPK |
| ) | |
| v. ) | **Plaintiffs' Unopposed Motion for** |
| ) | **Extension of Time** |
| KRISTI NOEM, in her official capacity as ) | |
| Secretary of Homeland Security; *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESISTANCE TO DEFENDANTS' MOTION TO DISMISS

In accordance with Local Rule 7(j) Plaintiffs move for a three-week extension of time to file a resistance to Defendants' Motion to Dismiss (ECF No. 42). Plaintiffs' resistance is currently due on **September 2, 2025**, and Plaintiffs seek an extension until **September 23, 2025**. In support of this motion, undersigned counsel states:

1. On August 19, 2025, Defendants filed a Motion to Dismiss Plaintiff's Complaint. (ECF No. 42.)

2. Undersigned counsel directs the Federal Impact Litigation Clinic at the University of Iowa law school, in which law students practice under the State of Iowa's Student Practice Rule and the Southern District of Iowa's Local Rules. *See* Iowa R. Prof. Conduct 31.15; S.D. Iowa L.R. 83(h).

3. The law school's academic year began on August 25, 2025, with students returning to the Federal Impact Litigation Clinic on the same date. To allow clinic students the

1

educational opportunity to work on this resistance, undersigned counsel seeks an extension of time.

4. Counsel for the parties conferred by email regarding this extension request and the reasons stated herein. Counsel for Defendants does not oppose the motion.

5. This is the first request for an extension of time of time to respond to Defendants' Motion to Dismiss.

6. At present, there is no scheduled pretrial conference or trial.

7. Plaintiffs do not seek this extension for undue delay or any other unjust purpose.

Accordingly, Plaintiffs respectfully request a three-week extension, until **September 23, 2025**, to respond to Defendants' Motion to Dismiss.

DATE: August 29, 2025                    Respectfully submitted,

*/s/ Katherine Melloy Goettel*
KATHERINE MELLOY GOETTEL
University of Iowa College of Law
Clinical Law Programs
380 Boyd Law Building
Iowa City, IA 52242-1113
Telephone: (319) 335-9023
Email: kate-goettel@uiowa.edu

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsel for Defendants.

*/s/ Katherine Melloy Goettel*
KATHERINE MELLOY GOETTEL
*Counsel for Plaintiffs*
