# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

| | |
|---|---|
| PRASOON KUMAR, *et al.* ) | |
| ) | |
| *Plaintiffs*, ) | Case No. 3:25-cv-00042- RGE-WPK |
| ) | |
| v. ) | **[PROPOSED] Order Granting** |
| ) | **Plaintiffs' Unopposed Motion for** |
| KRISTI NOEM, in her official capacity as ) | **Extension of Time** |
| Secretary of Homeland Security; *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## **[PROPOSED] ORDER**

IT IS ORDERED that Plaintiffs' motion for an extension of time is GRANTED.

Plaintiffs' resistance to Defendants' Motion to Dismiss (ECF No. 42) is due on or before **September 23, 2025.**

Entered this _____ day of August 2025.

BY THE COURT:

_____
HON. REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE
