IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| PRASOON KUMAR, SONGLI CAI, HAORAN YANG, SRI CHAITANYA KRISHNA AKONDY<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al,<br><br>Defendants. | No. 3:25-cv-00042-RGE-WPK<br><br>Defendants' Reply Brief in Support of Request for Modification of Court Order |

Defendants respectfully file this Reply Brief in support of their Request for Modification of Court Order (ECF 46) and in resistance to Plaintiffs' responsive pleading (ECF 52). Bearing in mind that reply briefs ordinarily are "unnecessary" and should be confined to responding to new arguments, LR 7(g), Defendants confine this reply to two basic points.

- First, Plaintiffs do not contest that the relevant aspect of the Order at issue here provided relief beyond what they explicitly requested in their requested relief. (*See* ECF 1, at 22; ECF 5, at 2-3.) Plaintiffs have by and large received all the relief they requested, but do not seem content to take "yes" for an answer. (*See generally* ECF 42, Motion to Dismiss based on mootness.)

- Second, Plaintiffs suggest making alterations to the SEVIS system by deleting information that, like it or not, reflects the actual course of events. (*See* ECF

1

52, at 2.) Defendants respectfully suggest that it would set a bad precedent to alter the SEVIS records in a manner that would make them inaccurate.

WHEREFORE, and for the reasons stated in its initial pleading, Defendants respectfully request that the Court slightly modify its Order and find that Defendants have complied by providing the relief requested by Plaintiffs. Defendants adhere to their position that compliance with this limited aspect of the Court's Order is technologically infeasible.

> Respectfully submitted,
>
> Richard D. Westphal
> United States Attorney
>
> By: */s/Andrew H. Kahl*
> Andrew H. Kahl
> Assistant United States Attorney
> Neal Smith Federal Building
> 210 Walnut Street, Ste 455
> Des Moines, Iowa 50309
> Telephone: (515) 473-9300
> Facsimile: (515) 473-9282
> andrew.kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail  _____ Fax  _____Hand Delivery

  X   ECF/Electronic filing    ____Other means

UNITED STATES ATTORNEY
By:  */s/ A. Kahl*
     AUSA