IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| PRASOON KUMAR, SONGLI CAI, HAORAN YANG, SRI CHAITANYA KRISHNA AKONDY<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department Homeland Security; Department of Homeland Security; and TODD LYONS, Acting Director of the Immigration and Customs Enforcement<br><br>Defendants. | No. 3:25-cv-00042-RGE-WPK |

**NOTICE OF APPEAL**

Defendants Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security; the United States Department of Homeland Security; and Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, hereby appeal from the Court's May 15, 2025, order granting a preliminary injunction (ECF 32), and its July 17, 2025, order denying Defendants' motion to alter or amend the preliminary injunction order (ECF 38), in the above-captioned case to the United States Court of Appeals for the Eighth Circuit.

Dated:  September 15, 2025

                                          Respectfully submitted,

                                          Richard D. Westphal
                                          United States Attorney

                                   By: */s/Andrew H. Kahl*
                                          Andrew H. Kahl
                                          Assistant United States Attorney
                                          Neal Smith Federal Building
                                          210 Walnut Street, Ste 455
                                          Des Moines, Iowa 50309
                                          Telephone: (515) 473-9300
                                          Facsimile: (515) 473-9282
                                          Email:  andrew.kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.  I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail  _____ Fax  \_\_\_\_\_Hand Delivery

\_\_X\_\_ECF/Electronic filing     \_\_\_\_Other means

UNITED STATES ATTORNEY

By:  */s/ S. Irwin*
     Paralegal Specialist