# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 18, 2025

Andrew H. Kahl
U.S. ATTORNEY'S OFFICE
Southern District of Iowa
Suite 455
210 Walnut Street
Des Moines, IA  50309

      RE:  25-2842  Prasoon Kumar, et al v. Kristi Noem, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CBO

Enclosure(s)

cc:   Clerk, U.S. District Court, Southern Iowa
      Katherine Melloy Goettel
      Karla Ray

     District Court/Agency Case Number(s):   3:25-cv-00042-RGE

**Caption for Case Number:   25-2842**

Prasoon Kumar; Songli Cai; Haoran Yang; Sri Chaitanya Krish Akondy

   Plaintiffs - Appellees

v.

Kristi Noem, in her official capacity as Secretary of Homeland Security; Department of Homeland Security; Todd M. Lyons, Acting Director of the Immigration and Customs Enforcement

   Defendants - Appellants

**Addresses for Case Participants: 25-2842**

Andrew H. Kahl
U.S. ATTORNEY'S OFFICE
Southern District of Iowa
Suite 455
210 Walnut Street
Des Moines, IA  50309

Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Katherine Melloy Goettel
UNIVERSITY OF IOWA
College of Law
Boyd Law Building
130 Byington Road
Iowa City, IA  52242-1113

Karla Ray
US DISTRICT COURT
Southern District of Iowa
123 E. Walnut Street
Des Moines, IA  50309-2035