# TRANSMITTAL SHEET

TO: Clerk, U.S. Court of Appeals, 8th Circuit          DATE: 9/19/2025

FROM: Clerk, U.S. District Court, Southern District of Iowa – Des Moines

Appeal Numbers:   **25-2842**

District Court Number:   **3:25-cv-00042-RGE-WPK**

Name:  Kumar et al v. Department of Homeland Security et al

TRANSMITTED HEREWITH:

Original File:

Designated Clerk's Record:

PSI Report:

Transcript: **Transcript of Proceedings (#40) - 1 copy**

Exhibits:

Comments: