IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

|  |  |
|---|---|
| PRASOON KUMAR, SONGLI CAI, HAORAN YANG, SRI CHAITANYA, and KRISHNA AKONDY<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department Homeland Security; Department of Homeland Security; and TODD LYONS, Acting Director of the Immigration and Customs Enforcement<br><br>Defendants. | No. 3:25-cv-00042-RGE-WPK<br><br>MOTION FOR AN EXTENSION TO REPLY TO PLAINTIFFS' RESISTANCE<br>(UNOPPOSED) |

Defendants respectfully request a one-week extension of time until October 7, 2025, within which to file their reply brief to Plaintiffs' Resistance to their Motion to Dismiss, and for good cause states as follows:

1. Defendants filed their Motion to Dismiss and accompanying Brief in Support on August 19, 2025. (ECF 42.)

2. After receiving an extension of time (ECF 51), Plaintiffs filed their Resistance on September 23, 2025 (ECF 59).

3. Under Local Rule 7(g), any reply brief would be due within seven days, i.e., by September 30, 2025.

4. Additional time is requested to review the arguments and authorities set forth in Plaintiffs' Resistance, and also in light of the press of other cases assigned to the undersigned counsel.

5. Plaintiffs' counsel has indicated that Plaintffs do not object to this request.

WHEREFORE Defendants respectfully request a one-week extension, until October 7, 2025, within which to file their reply brief.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/Andrew H. Kahl*
Andrew H. Kahl
Assistant United States Attorneys
Neal Smith Federal Building
210 Walnut Street, Ste 455
Des Moines, Iowa 50309
Telephone: (515) 473-9300
Facsimile: (515) 473-9282
Email: andrew.kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail _____ Fax _____Hand Delivery

__X__ECF/Electronic filing ____Other means

UNITED STATES ATTORNEY

By: */s/ S. Irwin*
Paralegal Specialist