UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| PRASOON KUMAR, *et al.*, | ) )  ) Case No. 3:25-cv-42 ) |
| *Plaintiffs*, | ) **Motion to Authorize Law Student** ) **Practitioner** |
| v. | ) ) |
| KRISTI NOEM, *et al.*, | ) ) |
| *Defendants.* | ) ) ) |

Pursuant to Rule 83(h), Rules of the Southern District of Iowa, the Plaintiffs respectfully ask the Court to authorize Tiffany Brinkman, Noah Gaber, Jackson Geadelmann, and Jude Hagerman as Law Student Practitioners in the above-captioned case.

Todd Pettys, Dean of the University of Iowa College of Law, has previously certified to the Court that the students have completed at least three semesters of the work required to qualify for a J.D. degree. *See* In the Matter of: Certification of Students Enrolled in the Clinical Law Programs, University of Iowa College of Law, who are Qualified to practice under Court rules (S.D. Iowa Aug. 22, 2025) (attached as Exhibit A and on file in the Clerk's Office).

The students' appearance will be under the direct supervision of Katherine Melloy Goettel, who is a lawyer admitted to practice before this Court, who will be personally present during the court proceedings, and who has appeared on the record in the case. The

2

students will not receive any compensation for the court appearance. *See* S.D. Iowa L.R. 83(h).

DATED: October 3, 2025                                          Respectfully submitted,

*s/ Katherine Melloy Goettel*
KATHERINE MELLOY GOETTEL
University of Iowa College of Law
Clinical Law Programs
380 Boyd Law Building
Iowa City, IA 52245
Telephone: (319) 335-9023
Email: kate-goettel@uiowa.edu

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

*s/Katherine Melloy Goettel*
Katherine Melloy Goettel