# Exhibit A



**College of Law**

Clinical Law Programs

University of Iowa
380 Boyd Law Building
Iowa City, Iowa 52242-1113
319-335-9023
Fax 319-353-5445

IN THE UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| Certification of Students | ) | |
| enrolled in the Clinical Law | ) | |
| Programs, University of Iowa | ) | 4-25-mc-00004 |
| College of Law, who are | ) | |
| Qualified to practice under | ) | |
| Court rules. | ) | |

<u>CERTIFICATION BY THE DEAN</u>

Pursuant to Rule 83.1(h)(1), Rules of the Southern District of Iowa, I hereby certify that the following list represents students who are in good standing at the University of Iowa College of Law. Each of the students is enrolled during the Fall 2025 semester in the College's Clinical Law Programs. I further believe that each of the individuals is of good moral character and is qualified to appear before the Southern District as a student practitioner:

| | | |
|---|---|---|
| Arkfeld, Dani | Hebert, Morgan | Pandit, Angela |
| Bishop, Kaylee | Holmes, Mackenzie | Panther, Thomas |
| Brinkman, Tiffany | Jalukar, Maya | Savicevic, Mia |
| Burzacott, Joel | Koehler, Jaxon | Schroeder, Sarah |
| Eckel, Theresa | Koontz, Ashlyn | Simcox, Karlyn |
| Erickson, Matthew | McMillan, Parker | Stuart, Isaac |
| Gaber, Noah | Miner, Ethan | Vargas, Marcelo |
| Geadelmann, Jackson | Mosley, Rory | Wenger, Hannah |
| Hagerman, Jude | Nixon, Kristjan | |
| | O'Malley, William | |

These students have completed the equivalent of three or more semesters of the work toward their J.D. degrees; hence, I believe they qualify for limited practice under Court Rule 83.1(h)(1). This certification is valid from August 25, 2025, until December 31, 2025.

Dated this 19th day of August 2025.

Sincerely yours,

Todd Pettys
Dean
H. Blair and Joan V. White Chair in Civil Litigation



FILED
By: Clerk's Office, Southern District of Iowa
9:35 am, Aug 22 2025