# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| PRASOON KUMAR, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>    Defendants. | No.  3:25-cv-00042-RGE-WPK<br><br>**Order Granting Motion to Authorize Law Student Practitioner** |

Under Local Rule 83(h), Rules of the Southern District of Iowa, the Court GRANTS the request to allow Tiffany Brinkman, Noah Gaber, Jackson Geadelmann, and Jude Hagerman to appear as a law-student practitioners in the above-captioned matter under the supervision of attorney of record, Katherine Melloy Goettel. Ms. Goettel has been previously certified by this Court as authorized to appear under Rule 83(h). *See* In the Matter of: Certification of Students Enrolled in the Clinical Law Programs, University of Iowa College of Law, who are Qualified to practice under Court rules (S.D. Iowa August 22, 2025) (on file in the Clerk's Office). This Order shall serve the same effect as a Notice of Appearance for the law-student practitioner.

    IT IS SO ORDERED.

DATED this __6th__ day of __October__, 2025.

_____
William P. Kelly
UNITED STATES MAGISTRATE JUDGE