IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

|  |  |
|---|---|
| PRASOON KUMAR, SONGLI CAI, HAORAN YANG, SRI CHAITANYA KRISHNA AKONDY<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, et al.,<br><br>Defendants. | No. 3:25-cv-00042-RGE-WPK<br><br>DEFENDANTS' MOTION TO STAY OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME |

Defendants respectfully request a stay of this case, including all deadlines, or, in the alternative, for a two-week extension of time to file their response to Plaintiffs' Motion to Complete the Certified Administrative Record (ECF 61). In support of this request, Defendants state the following:

1. Defendants have filed a notice of appeal of this Court's denial of its Motion to Amend and, by extension, the Court's grant of a preliminary injunction. (*See* ECF 54.) "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982); *see also Coinbase, Inc. v. Bielski*, 143 S. Ct. 1915, 1919 (2023) (applying this rule in context of interlocutory appeal).

2. Because the currently pending matters before this Court are inextricably bound up in the appeal, this Court has been divested of jurisdiction by operation of law. Those matters would include Defendants' Motion to Dismiss (ECF 42), which has now been fully briefed, as well as Plaintiffs' Motion to Complete the Certified Administrative Record (ECF 61).

3. In the alternative, Defendants seek a stay because of the current lapse in appropriations, which limits the ability of government counsel to attend to this matter. As the Court undoubtedly is aware, the appropriations that fund the Department of Justice and other Executive Branch agencies lapsed after September 30, 2025, and it is currently unclear when this lapse in funding will conclude. This means that the government is generally unable to devote resources to civil litigation that does not have a nexus to public safety or national security.[1]

4. In the further alternative, Defendants would seek a two-week extension of time within which to file its response to Plaintiffs' Motion to Complete the Certified Administrative Record (ECF 61), which ordinarily would be due no later than October 15, 2025. *See* Local Rule 76. A two-week extension is requested given the potential complexity of the claims raised by Plaintiffs' motion, in light of the government's currently limited resources (give the above-described funding

---

[1] It is noted, however, that the government is not seeking stays of civil immigration matters that involve custody or detention issues. This case, however, does not fall into that category.

lapse), and the press of other cases, to include a civil immigration case involving a detained petitioner, which this Court has placed on an accelerated schedule.[2]

5.    Plaintiffs' counsel has advised that Plaintiffs do not agree that a stay is appropriate, but that Plaintiffs do not resist Defendants' alternative request for an extension of time.

WHEREFORE the Court should stay all proceedings in this case; or, in the alternative, grant Defendants an extension until October 29, 2025, within which to file their response to Plaintiffs' Motion to Complete the Certified Administrative Record.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: /s/ *Andrew H. Kahl*
Andrew H. Kahl
Assistant United States Attorney
Neal Smith Federal Building
210 Walnut Street, Ste 455
Des Moines, Iowa 50309
Telephone: (515) 473-9300
Facsimile: (515) 473-9282
andrew.kahl@usdoj.gov

---

[2] *See Lijin Wang. v. Bondi, et al*, 3:25-CV-110.

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail _____ Fax \_\_\_\_\_Hand Delivery

  X   ECF/Electronic filing    \_\_\_\_Other means

UNITED STATES ATTORNEY
By:  */s/ Suellen Irwin*
     Paralegal Specialist