IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| PRASOON KUMAR, SONGLI CAI, HAORAN YANG, SRI CHAITANYA, and KRISHNA AKONDY<br><br>Plaintiffs,<br>v.<br><br>KRISTI NOEM, Secretary of the Department Homeland Security; Department of Homeland Security; and TODD LYONS, Acting Director of the Immigration and Customs Enforcement<br><br>Defendants. | No. 3:25-cv-00042-RGE-WPK<br><br>NOTICE |

Pursuant to the Court's order dated October 24, 2025 (ECF 67), Defendants provide notice that the lapse in appropriations funding the Department of Justice has ended.

    Respectfully submitted,

    David C. Waterman
    United States Attorney


    By: */s/Andrew H. Kahl*
       Andrew H. Kahl
       Assistant United States Attorneys
       Neal Smith Federal Building
       210 Walnut Street, Ste 455
       Des Moines, Iowa 50309
       Telephone: (515) 473-9300
       Facsimile: (515) 473-9282
       Email: andrew.kahl@usdoj.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

\_\_\_\_U.S. Mail _____ Fax _____Hand Delivery

\_\_X\_\_ECF/Electronic filing    \_\_\_\_Other means

UNITED STATES ATTORNEY

By: _/s/ A. Kahl_____
    AUSA