# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

|  |  |
|---|---|
| PRASOON KUMAR, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Security, *et. al*,<br><br>*Defendants*. | Case No. 3:25-cv-00042-RGE-WPK<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION APPROVING STIPULATION AND DISMISSAL** |

## [PROPOSED] ORDER GRANTING JOINT MOTION APPROVING STIPULATION AND DISMISSAL

Upon consideration of Plaintiff's Joint Motion, this Court GRANTS the parties' Joint Motion to Approve Stipulation and Dismissal pursuant to Federal Rule of Civil Procedure Rule 41(a)(2). The Clerk will dismiss the action with prejudice.

It is SO ORDERED.

Dated: December __, 2025

_____
Hon. Rebecca Goodgame Ebinger
United States District Judge

1