IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| PRASOON KUMAR, SONGLI CAI, HAORAN YANG, and SRI CHAITANYA KRISHNA AKONDY,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>Defendants. | No. 3:25-cv-00042-RGE-WPK<br><br>**ORDER GRANTING JOINT MOTION APPROVING STIPULATION AND DISMISSAL** |

Now before the Court is the parties' Joint Motion to Approve Stipulation and Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 72. The Court grants the motion.

**IT IS ORDERED** that the parties' Joint Motion to Approve Stipulation and Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 72 is **GRANTED**. The Clerk of Court is directed to dismiss the action with prejudice.

**IT IS SO ORDERED**.

Dated this 5th day of December, 2025.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE