## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 25-2842

_____

Prasoon Kumar; Songli Cai; Haoran Yang; Sri Chaitanya Krish Akondy

Plaintiffs - Appellees

v.

Kristi Noem, in her official capacity as Secretary of Homeland Security; Department of Homeland Security; Todd M. Lyons, Acting Director of the Immigration and Customs Enforcement

Defendants - Appellants

_____

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:25-cv-00042-RGE)

_____

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

December 11, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Susan E. Bindler