# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2842

Prasoon Kumar, et al.

Appellees

v.

Kristi Noem, in her official capacity as Secretary of Homeland Security, et al.

Appellants

---

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:25-cv-00042-RGE)

---

**MANDATE**

In accordance with the judgment of December 11, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 11, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit